E-filing

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

University of Pittsburgh of the Commonwealth System of Higher Education d/b/a University of Pittsburgh

Plaintiff

v.

Civil Action No. 3 - 08 - 2973

Defendant

Summons in a Civil Action

To: Varian Medical Systems, Inc. c/o CSC Lawyers Incorporating Srv. 2730 Gateway Oaks Dr Ste 100 Sac...
(Defendant's name)

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Daniel Johnson, Jr., Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUN 16 2008

Deputy clerk's signature

MARY ANN BUCKLEY

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)