1  DANIEL JOHNSON, JR. (State Bar No. 57409)
   RITA E. TAUTKUS (State Bar No. 162090)
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, California 94105-1596
   Tel:  415.442.1000
4  Fax:  415.442.1001
   E-mail: djjohnson@morganlewis.com
5  E-mail: rtautkus@morganlewis.com

6  Attorneys for Plaintiff
   UNIVERSITY OF PITTSBURGH
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNIVERSITY OF PITTSBURGH OF         CV Case 08    2973
   | THE COMMONWEALTH SYSTEM OF
12 | HIGHER EDUCATION d/b/a              **PLAINTIFF'S DISCLOSURE
   | UNIVERSITY OF PITTSBURGH,           STATEMENT PURSUANT TO FED. R.
13 | a Pennsylvania non-profit corporation  CIV. P. 7.1**
   | (educational),
14 |
   |               Plaintiff,
15 |
   |      v.
16 |
   | VARIAN MEDICAL SYSTEMS, INC.,
17 | a Delaware corporation,
   |
18 |               Defendant.

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3711366.1                                  PLAINTIFF'S DISCLOSURE STATEMENT
                                                PURSUANT TO FED. R. CIV. P. 7.1

1   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned states that
2   Plaintiff UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF
3   HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH does not have a parent
4   corporation or any corporate stockholders.

Dated: June 16, 2008

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By _____ /RET
Daniel Johnson, Jr.
(State Bar No. 57409)

Attorneys for Plaintiff
UNIVERSITY OF PITTSBURGH

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3711366.1                 2                 PLAINTIFF'S DISCLOSURE STATEMENT
                                                 PURSUANT TO FED. R. CIV. P. 7.1