1   DANIEL JOHNSON, JR. (State Bar No. 57409) FILED
    RITA E. TAUTKUS (State Bar No. 162090)
2   MORGAN, LEWIS & BOCKIUS LLP    08 JUN 16  PM 3: 06
    One Market, Spear Street Tower
3   San Francisco, California 94105-1596
    Tel:    415.442.1000
4   Fax:    415.442.1001
    E-mail: djjohnson@morganlewis.com
5   E-mail: rtautkus@morganlewis.com

6   Attorneys for Plaintiff
    UNIVERSITY OF PITTSBURGH    E-filing

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11  UNIVERSITY OF PITTSBURGH OF    CV    08    Case No.    2973
    THE COMMONWEALTH SYSTEM OF                                    BZ
12  HIGHER EDUCATION d/b/a                      PLAINTIFF'S CERTIFICATION OF
    UNIVERSITY OF PITTSBURGH,                   INTERESTED ENTITIES OR PERSONS
13  a Pennsylvania non-profit corporation       PURSUANT TO CIVIL L.R. 3-16
    (educational),

14

15                  Plaintiff,

16          v.

17  VARIAN MEDICAL SYSTEMS, INC.,
    a Delaware corporation,

18                  Defendant.

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO    1-PA/3711370.1

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Plaintiff UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH, hereby certifies that as of this date, the only persons or entities known to have an interest in the subject matter in controversy are Carnegie Mellon University, Andre M. Kalend, Joel Greenberger, Karun B. Shimoga, Charalambos N. Athanassiou, and Takeo Kanade. No other persons, associations of persons, firms, partnerships, corporations, or other entities other than the parties themselves are known as of this date to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated: June 16, 2008

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By _Daniel Johnson, Jr. /eet_
Daniel Johnson, Jr.
(State Bar No. 57409)

Attorneys for Plaintiff
UNIVERSITY OF PITTSBURGH

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3711370.1

2

PLAINTIFF'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
PURSUANT TO CIVIL L.R. 3-16