WILLIAM L. ANTHONY, JR. (State Bar No. 166026)
wanthony@orrick.com
MATTHEW H. POPPE (State Bar No. 177854)
mpoppe@orrick.com
ZHENG LIU (State Bar No. 229311)
jenliu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone:   +1-650-614-7400
Facsimile:   +1-650-614-7401

Attorneys for Defendant
VARIAN MEDICAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH, a Pennsylvania non-profit corporation (educational),<br><br>Plaintiff,<br><br>v.<br><br>VARIAN MEDICAL SYSTEMS, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 08 2973<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

1  Dated:  June 19, 2008.

2                                          ORRICK, HERRINGTON & SUTCLIFFE LLP

3

4                                          By:  _____/s/ Zheng Liu_____
                                                    Zheng Liu
5                                                   Attorneys for Defendant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OHS West:260459104.1                    2            DECLINATION TO PROCEED BEFORE MAGISTRATE
                                                     JUDGE; REQUEST FOR REASSIGNMENT TO U.S.
                                                     DISTRICT JUDGE (Case No. CV 08 2973)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE was served upon the University of Pittsburgh, through its counsel, via:

| | |
|---|---|
| _____ | Hand-Delivery |
| _____ | Facsimile |
| _____ | First Class, US Mail, Postage Prepaid |
| _____ | Certified Mail-Return Receipt Requested |
| ____X____ | ECF Electronic Service |
| _____ | Overnight Delivery |

at the following addresses:

Rita E. Tautkus
Morgan Lewis & Bockius, LLP
One Market – Spear Street Tower
San Francisco, CA  94105
rtautkus@morganlewis.com

Dated: June 19, 2008                              /s/ Zheng Liu
                                                  Zheng Liu

OHS West:260459104.1         3         DECLINATION TO PROCEED BEFORE MAGISTRATE
                                       JUDGE; REQUEST FOR REASSIGNMENT TO U.S.
                                       DISTRICT JUDGE (Case No. CV 08 2973)