```
 1  WILLIAM L. ANTHONY, JR. (State Bar No. 166026)
    wanthony@orrick.com
 2  MATTHEW H. POPPE (State Bar No. 177854)
    mpoppe@orrick.com
 3  ZHENG LIU (State Bar No. 229311)
    jenliu@orrick.com
 4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
 5  Menlo Park, California 94025
    Telephone:   +1-650-614-7400
 6  Facsimile:   +1-650-614-7401

 7  Attorneys for Defendant
    VARIAN MEDICAL SYSTEMS, INC.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH, a Pennsylvania non-profit corporation (educational),<br><br>Plaintiff,<br><br>v.<br><br>VARIAN MEDICAL SYSTEMS, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 08 2973<br><br>NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING<br><br>Related Case:<br><br>Case 2:07-cv-00491-AJS<br><br>USDC, Western District of Pennsylvania |
|---|---|

Pursuant to Civil L.R. 3-13, Defendant Varian Medical Systems, Inc. ("Varian") hereby notifies the Court of the following action in the United States District Court, Western District of Pennsylvania:

*UNIVERSITY OF PITTSBURGH, Plaintiff, v. VARIAN MEDICAL SYSTEMS, INC., Defendant,* Case No. 2:07-cv-00491-AJS, filed on April 13, 2007.

The Western District of Pennsylvania action involves the same parties as the above-captioned action and is based on the same patents, U.S. Patent Nos. 5,727,554 and 5,784,431. The complaints in the two actions assert identical causes of action under 35 U.S.C. § 271.

1    On November 21, 2007, Varian filed a summary judgment motion for lack of standing in
2 the Western District of Pennsylvania action.
3    On March 10, 2008, special master Donald E. Ziegler recommended that summary
4 judgment be granted. On April 30, 2008, District Court Judge Arthur J. Schwab partially adopted
5 the recommendation, granted Varian's summary judgment motion and dismissed the action with
6 prejudice.
7    On June 16, 2008, Judge Schwab entered judgment in favor of Varian and dismissed
8 Plaintiff's claims with prejudice. Varian's counterclaims for a declaratory judgment of non-
9 infringement and invalidity were dismissed without prejudice. On the same day, Plaintiff filed a
10 Notice of Appeal in the Western District of Pennsylvania action, and also filed the complaint in
11 the above-captioned action.

13 Dated: June 20, 2008.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: ____/s/ Zheng Liu____
Zheng Liu
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING was served upon the University of Pittsburgh, through its counsel, via:

| | |
|---|---|
| _____ | Hand-Delivery |
| _____ | Facsimile |
| _____ | First Class, US Mail, Postage Prepaid |
| _____ | Certified Mail-Return Receipt Requested |
| \_\_\_\_X\_\_\_\_ | ECF Electronic Service |
| _____ | Overnight Delivery |

at the following addresses:

Rita E. Tautkus
Morgan Lewis & Bockius, LLP
One Market – Spear Street Tower
San Francisco, CA  94105
rtautkus@morganlewis.com

Dated:  June 20, 2008              /s/ Zheng Liu
                                    Zheng Liu

OHS West:260459551.2