DANIEL JOHNSON, JR. (State Bar No. 57409)
RITA E. TAUTKUS (State Bar No. 162090)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105-1596
Tel:   415.442.1000
Fax:  415.442.1001
E-mail: djjohnson@morganlewis.com
E-mail: rtautkus@morganlewis.com

Attorneys for Plaintiff
UNIVERSITY OF PITTSBURGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH, a Pennsylvania non-profit corporation (educational),<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>VARIAN MEDICAL SYSTEMS, INC., a Delaware corporation,<br><br>　　　　　　　Defendant. | Case No. CV-08-2973-MMC<br><br>**PROOF OF SERVICE RE STANDING ORDERS FOR CIVIL CASE ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY** |

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On June 24, 2008, I served the within document(s):

**STANDING ORDERS FOR CIVIL CASE ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY**

| ☒ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. |

| ATTORNEY | ATTORNEY FOR: | SERVED VIA |
|---|---|---|
| **William L. Anthony, Jr.**<br>**Matthew H. Poppe**<br>**Zheng Liu**<br>**Orrick, Herrington & Sutcliffe LLP**<br>**1000 Marsh Road**<br>**Menlo Park, CA  94025** | **Defendant Varian Medical Systems, Inc.** | **U.S. Mail** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on June 24, 2008, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

/s Rita E. Tautkus
Rita E. Tautkus