```
 1  WILLIAM L. ANTHONY, JR. (State Bar No. 166026)
    wanthony@orrick.com
 2  MATTHEW H. POPPE (State Bar No. 177854)
    mpoppe@orrick.com
 3  ZHENG LIU (State Bar No. 229311)
    jenliu@orrick.com
 4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
 5  Menlo Park, California 94025
    Telephone:   +1-650-614-7400
 6  Facsimile:   +1-650-614-7401

 7  Attorneys for Defendant
    VARIAN MEDICAL SYSTEMS, INC.
 8
    DANIEL JOHNSON, JR. (State Bar No. 57409)
 9  djjohnson@morganlewis.com
    RITA E. TAUTKUS (State Bar No. 162090)
10  rtautkus@morganlewis.com
    MORGAN LEWIS & BOCKIUS, LLP
11  One Market – Spear Street Tower
    San Francisco, CA 94105
12  Telephone:   1-415-442-1000
    Facsimile:   1-415-442-1001
13
    Attorneys for Plaintiff,
14  UNIVERSITY OF PITTSBURGH
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH, a Pennsylvania non-profit corporation (educational),<br><br>               Plaintiff,<br><br>   v.<br><br>VARIAN MEDICAL SYSTEMS, INC., a Delaware corporation,<br><br>               Defendant. | Case No. CV 08 2973 MMC<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT [LOCAL RULE 6-1(a)]**<br><br>**Filed Electronically** |

1  Pursuant to Local Rule 6-1(a), plaintiff UNIVERSITY OF PITTSBURGH ("Plaintiff")
2  and defendant VARIAN MEDICAL SYSTEMS, INC. ("Defendant") through their respective
3  counsel, hereby stipulate that Defendant shall have through and including July 23, 2008, within
4  which to Answer or otherwise respond to Plaintiff's Complaint.

Dated: June 27, 2008              Respectfully submitted,

                                  ORRICK, HERRINGTON & SUTCLIFFE LLP


                                  By:        /s/ Zheng Liu
                                              Zheng Liu
                                      Attorneys for Defendant Varian Medical
                                              Systems, Inc.


Dated: June 27, 2008              Respectfully submitted,

                                  MORGAN, LEWIS & BOCKIUS LLP


                                  By:    /s/ Rita E. Tautkus with permission
                                              Rita E. Tautkus
                                      Attorneys for Plaintiff University of
                                              Pittsburgh

## ATTESTATION

I, Zheng Liu, am the ECF User whose ID and password are being used to file this **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT.** In compliance with General Order 45, X.B., I hereby attest that Rita E. Taukus has read and approved this stipulation. I will maintain an executed copy of this stipulation in our files that can be made available for inspection upon request.

Dated: June 27, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ *Zheng Liu*_____
Zheng Liu
Attorneys for Defendant Varian Medical Systems, Inc.

OHS West:260463823.1
3424-2015 ZL0/JZ7