```
 1  WILLIAM L. ANTHONY, JR. (State Bar No. 166026)
    wanthony@orrick.com
 2  MATTHEW H. POPPE (State Bar No. 177854)
    mpoppe@orrick.com
 3  ZHENG LIU (State Bar No. 229311)
    jenliu@orrick.com
 4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
 5  Menlo Park, California 94025
    Telephone:   +1-650-614-7400
 6  Facsimile:   +1-650-614-7401

 7  Attorneys for Defendant
    VARIAN MEDICAL SYSTEMS, INC.
 8

 9  DANIEL JOHNSON, JR. (State Bar No. 57409)
    djjohnson@morganlewis.com
10  RITA E. TAUTKUS (State Bar No. 162090)
    rtautkus@morganlewis.com
11  MORGAN LEWIS & BOCKIUS, LLP
    One Market – Spear Street Tower
12  San Francisco, CA  94105
    Telephone:   1-415-442-1000
13  Facsimile:   1-415-442-1001

14  Attorneys for Plaintiff,
    UNIVERSITY OF PITTSBURGH
15
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH, a Pennsylvania non-profit corporation (educational),<br><br>Plaintiff,<br><br>v.<br><br>VARIAN MEDICAL SYSTEMS, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 08 2973 MMC<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**Filed Electronically** |
|---|---|

[Proposed] Order Granting Extension of Time to Respond to Complaint (Case No. CV 08 2973)

**[PROPOSED] ORDER**

Upon Consideration of the parties STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT,

IT IS HEREBY ORDERED that the Stipulation is GRANTED and Defendant Varian Medical Systems, Inc., shall have through and including July 23, 2008, within which to Answer or otherwise respond to Plaintiff's Compliant.

IT IS SO ORDERED.

Dated: June __, 2008

_____
Judge Maxine M. Chesney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT** was served upon the University of Pittsburgh, through its counsel, via:

| | |
|---|---|
| _____ | Hand-Delivery |
| _____ | Facsimile |
| _____ | First Class, US Mail, Postage Prepaid |
| _____ | Certified Mail-Return Receipt Requested |
| ___X___ | ECF Electronic Service |
| _____ | Overnight Delivery |

at the following addresses:

Rita E. Tautkus
Morgan Lewis & Bockius, LLP
One Market – Spear Street Tower
San Francisco, CA   94105
rtautkus@morganlewis.com

Dated:  June 27, 2008            /s/ Zheng Liu
                                                Zheng Liu

OHS West:260463839.1

---

3   [Proposed} Order Granting Extension of Time to Respond to Complaint (Case No. CV 08 2973)