WILLIAM L. ANTHONY, JR. (State Bar No. 166026)
wanthony@orrick.com
MATTHEW H. POPPE (State Bar No. 177854)
mpoppe@orrick.com
ZHENG LIU (State Bar No. 229311)
jenliu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone:   +1-650-614-7400
Facsimile:    +1-650-614-7401

Attorneys for Defendant
VARIAN MEDICAL SYSTEMS, INC.


DANIEL JOHNSON, JR. (State Bar No. 57409)
djjohnson@morganlewis.com
RITA E. TAUTKUS (State Bar No. 162090)
rtautkus@morganlewis.com
MORGAN LEWIS & BOCKIUS, LLP
One Market – Spear Street Tower
San Francisco, CA  94105
Telephone:   1-415-442-1000
Facsimile:    1-415-442-1001

Attorneys for Plaintiff,
UNIVERSITY OF PITTSBURGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH, a Pennsylvania non-profit corporation (educational),<br><br>Plaintiff,<br><br>v.<br><br>VARIAN MEDICAL SYSTEMS, INC., a Delaware corporation,<br><br>Defendant. | Case No.  CV 08 2973 MMC<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>**Filed Electronically** |

1 **[PROPOSED] ORDER**

2   Upon Consideration of the parties STIPULATION EXTENDING TIME TO RESPOND
3 TO COMPLAINT,
4   IT IS HEREBY ORDERED that the Stipulation is GRANTED and Defendant Varian
5 Medical Systems, Inc., shall have through and including July 23, 2008, within which to Answer
6 or otherwise respond to Plaintiff's Compliant.
7   IT IS SO ORDERED.

9 Dated: June 27, 2008                    _____
10                                          Judge Maxine M. Chesney