1  WILLIAM L. ANTHONY, JR.  (State Bar No. 166026)
   wanthony@orrick.com
2  MATTHEW H. POPPE  (State Bar No. 177854)
   mpoppe@orrick.com
3  ZHENG LIU  (State Bar No. 229311)
   jenliu@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, California 94025
   Telephone:   +1-650-614-7400
6  Facsimile:    +1-650-614-7401

7  Attorneys for Defendant
   VARIAN MEDICAL SYSTEMS, INC.
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH, a Pennsylvania non-profit corporation (educational),<br><br>Plaintiff,<br><br>v.<br><br>VARIAN MEDICAL SYSTEMS, INC., a Delaware corporation,<br><br>Defendant. | Case No.  CV 08-02973 MMC<br><br>**DECLARATION OF WILLIAM L. ANTHONY, JR.  IN SUPPORT OF VARIAN'S MOTION TO TRANSFER ACTION TO U.S. DISTRICT COURT FOR WESTERN DISTRICT OF PENNSYLVANIA**<br><br>Date:         August 1, 2008<br>Time:        9:00 a.m.<br>Courtroom:  7, 19th Floor |

I, William L. Anthony, Jr., declare:

1. I am a partner in the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel of record for defendant Varian Medical Systems, Inc. ("Varian") in this action and in *University of Pittsburgh v. Varian Medical Systems, Inc.*, Case No. 2:07-cv-00491-AJS, in the Western District of Pennsylvania (the "Penn. Case"). I am licensed to practice law in the State of California. I have personal knowledge of the facts stated herein, except where otherwise stated, and I could and would testify to those facts if called as a witness.

2. On May 16, 2007, I attended a Case Management Conference in Pittsburgh before the Honorable Arthur J. Schwab in the Penn. Case. I attended as lead counsel for Varian. I was accompanied by Varian's local counsel, Henry Sneath, Esq. Lead counsel for the University of Pittsburgh ("UPitt"), Dan Johnson, Esq., was also present.

3. On March 28, 2008, I attended a settlement conference in Pittsburgh before Judge Schwab in the Penn. Case. I was accompanied by Keith Askoff, a Varian in-house lawyer and business representative, and Mr. Sneath. Present on behalf of UPitt were Mr. Johnson and Laura Hillock, Esq. During the conference, Judge Schwab held UPitt in contempt for failure to comply with the court's orders related to the conference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Menlo Park, California on June 27, 2008.

                                                                                /s/ William L. Anthony, Jr. /s/
                                                                                       William L. Anthony, Jr.