1  WILLIAM L. ANTHONY, JR. (State Bar No. 166026)
   wanthony@orrick.com
2  MATTHEW H. POPPE (State Bar No. 177854)
   mpoppe@orrick.com
3  ZHENG LIU (State Bar No. 229311)
   jenliu@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, California 94025
   Telephone:    +1-650-614-7400
6  Facsimile:    +1-650-614-7401

7  Attorneys for Defendant
   VARIAN MEDICAL SYSTEMS, INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13 | UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH, a Pennsylvania non-profit corporation (educational), | Case No. CV 08-02973 MMC
14 |  | **PROOF OF SERVICE**
15 |  | **VIA HAND DELIVERY**
16 | Plaintiff, |
17 | v. | Date:        August 1, 2008
   |  | Time:        9:00 a.m.
18 | VARIAN MEDICAL SYSTEMS, INC., a Delaware corporation, | Courtroom:   7, 19th Floor
19 | Defendant. |

20
21
22
23
24
25
26
27
28

OHS West:260464564.1                                    PROOF OF SERVICE
                                                 (Case No. CV 08-02973 MMC)

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On June 27, 2008, I served the within document(s):

1. **DECLARATION OF MATTHEW H. POPPE IN SUPPORT OF VARIAN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO SEALED POPPE DECLARATION**

2. **SEALED DECLARATION OF MATTHEW H. POPPE IN SUPPORT OF VARIAN'S MOTION TO TRANSFER ACTION TO U.S. DISTRICT COURT FOR WESTERN DISTRICT OF PENNSYLVANIA**

3. **EXHIBITS A THROUGH X IN SUPPORT OF SEALED DECLARATION OF MATTHEW H. POPPE IN SUPPORT OF VARIAN'S MOTION TO TRANSFER ACTION TO U.S. DISTRICT COURT FOR WESTERN DISTRICT OF PENNSYLVANIA**

4. **VARIAN'S ADMINISTRATIVE MOTION TO FILE SEALED POPPE DECLARATION AND ATTACHED EXHIBITS UNDER SEAL**

5. **[PROPOSED] ORDER GRANTING VARIAN'S ADMINISTRATIVE MOTION TO FILE POPPE DECLARATION UNDER SEAL**

|   | |
|---|---|
|   | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:30 p.m. on June 27, 2008. |
|   | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on June 27, 2008. |
|   | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |
| X | By causing personal delivery by A&A Legal Service of the document(s) listed above to the person(s) at the address(es) set forth below. |

Rita E. Tautkus
Morgan Lewis & Bockius, LLP
One Market – Spear Street Tower
San Francisco, CA 94105
rtautkus@morganlewis.com

Counsel for Plaintiff
UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH,

1         Executed on June 27, 2008 at Menlo Park, California.  I declare under penalty of perjury
2   under the laws of the State of California that the foregoing is true and correct.

*Stephanie C Hart* (signature)
Stephanie C. Hart

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

260459104-1
OHS West:260464564.1