1   WILLIAM L. ANTHONY, JR.  (State Bar No. 166026)
    wanthony@orrick.com
2   MATTHEW H. POPPE  (State Bar No. 177854)
    mpoppe@orrick.com
3   ZHENG LIU  (State Bar No. 229311)
    jenliu@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
5   Menlo Park, California 94025
    Telephone:     +1-650-614-7400
6   Facsimile:     +1-650-614-7401

7   Attorneys for Defendant
    VARIAN MEDICAL SYSTEMS, INC.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13   UNIVERSITY OF PITTSBURGH OF THE          Case No.  CV 08-02973 MMC
     COMMONWEALTH SYSTEM OF HIGHER
14   EDUCATION d/b/a UNIVERSITY OF            **SEALED DECLARATION OF**
     PITTSBURGH, a Pennsylvania non-profit    **MATTHEW H. POPPE IN SUPPORT**
15   corporation (educational),               **OF VARIAN'S MOTION TO**
                                              **TRANSFER ACTION TO U.S.**
16                     Plaintiff,             **DISTRICT COURT FOR WESTERN**
                                              **DISTRICT OF PENNSYLVANIA**
17          v.
                                              Date:        August 1, 2008
18   VARIAN MEDICAL SYSTEMS, INC., a          Time:        9:00 a.m.
     Delaware corporation,                    Courtroom:  7, 19th Floor
19
                       Defendant.
20

21

22       **DOCUMENT SUBMITTED UNDER SEAL PURSUANT TO CIVIL L.R. 79-5(d)**

23   **CONTAINS MATERIAL DESIGNATED "CONFIDENTIAL" AND "CONFIDENTIAL –**
     **ATTORNEY EYES ONLY" PURSUANT TO PROTECTIVE ORDER ENTERED IN**
24   *UNIVERSITY OF PITTSBURGH V. VARIAN MEDICAL SYSTEMS, INC.*, **CASE NO. 2:07-**
     **CV-00491-AJS IN THE U.S.D.C. WESTERN DISTRICT OF PENNSYLVANIA**
25

26

27

28

     OHS West:260464278.2                          SEALED POPPE DECL. ISO VARIAN'S MOTION TO
                                                        TRANSFER ACTION TO W.D. PENN.
                                                            (Case No. CV 08-02973 MMC)

1        I, Matthew H. Poppe, declare:

2        1.     I am a partner in the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"),

3 counsel of record for defendant Varian Medical Systems, Inc. ("Varian") in this action and in

4 *University of Pittsburgh v. Varian Medical Systems, Inc.*, Case No. 2:07-cv-00491-AJS, in the

5 Western District of Pennsylvania (the "Penn. Case"). I am licensed to practice law in the State of

6 California. I have personal knowledge of the facts stated herein, except where otherwise stated,

7 and I could and would testify to those facts if called as a witness.

8        2.     Attached hereto as Exhibit A is a true and correct copy of excerpts from the

9 deposition of Karun Shimoga, taken on August 31, 2007 in the Penn. Case.

10        3.     Attached hereto as Exhibit B is a true and correct copy of excerpts from the

11 deposition of Joel Greenberger, taken on September 21, 2007 in the Penn. Case.

12        4.     Attached hereto as Exhibit C is a true and correct copy of excerpts from the

13 deposition of Andre Kalend, taken on October 5, 2007 in the Penn. Case.

14        5.     Attached hereto as Exhibit D is a true and correct copy of excerpts from the

15 deposition of Takeo Kanade, taken on September 19, 2007 in the Penn. Case.

16        6.     Attached hereto as Exhibit E is a true and correct copy of excerpts from the

17 deposition of Robert Wooldridge, taken on September 26, 2007 in the Penn. Case.

18        7.     Attached hereto as Exhibit F is a true and correct copy of excerpts from the

19 deposition of Richard Westerhoff, taken on October 3, 2007 in the Penn. Case.

20        8.     Attached hereto as Exhibit G is a true and correct copy of excerpts from the

21 deposition of Marc Malandro, taken on October 2, 2007 in the Penn. Case.

22        9.     Attached hereto as Exhibit H is a true and correct copy of a document produced in

23 the Penn. Case by Carnegie Mellon University ("CMU") pursuant to subpoena with Bates Nos.

24 CMU 0279 to CMU 0283 and marked as Exhibit 7 at Mr. Wooldridge's deposition on September

25 26, 2007. The same document (though with different Bates numbers) was marked as Exhibit 1 at

26 Mr. Malandro's deposition on October 2, 2007.

27        10.    Attached hereto as Exhibit I is a true and correct copy of a document produced in

28 the Penn. Case by CMU pursuant to subpoena with Bates Nos. CMU 0274 to CMU 0278 and

OHS West:260464278.2        - 1 -        SEALED POPPE DECL. ISO VARIAN'S MOTION TO
TRANSFER ACTION TO W.D. PENN.
(Case No. CV 08-02973 MMC)

1    marked as Exhibit 9 at Mr. Wooldridge's deposition on September 26, 2007.  The same document

2    was marked as Exhibit 10 at Mr. Malandro's deposition on October 2, 2007.

3         11.    Attached hereto as Exhibit J is a true and correct copy of a document produced in

4    the Penn. Case by CMU pursuant to subpoena with Bates Nos. CMU 0227 to CMU 0236 and

5    marked as Exhibit 24 at Mr. Wooldridge's deposition on September 26, 2007.

6         12.    Attached hereto as Exhibit K is a true and correct copy of a document produced in

7    the Penn. Case by CMU pursuant to subpoena with Bates No. CMU 0237 and marked as Exhibit

8    25 at Mr. Wooldridge's deposition on September 26, 2007.

9         13.    Attached hereto as Exhibit L is a true and correct copy of a document produced in

10    the Penn. Case by CMU pursuant to subpoena with Bates Nos. CMU 0238 to CMU 0248 and

11    marked as Exhibit 26 at Mr. Wooldridge's deposition on September 26, 2007.

12         14.    Attached hereto as Exhibit M is a true and correct copy of a document produced in

13    the Penn. Case by CMU pursuant to subpoena with Bates Nos. CMU 0256 to CMU 0257 and

14    marked as Exhibit 29 at Mr. Wooldridge's deposition on September 26, 2007.

15         15.    Attached hereto as Exhibit N is a true and correct copy of a document produced in

16    the Penn. Case by CMU pursuant to subpoena with Bates No. CMU 0258 and marked as Exhibit

17    30 at Mr. Wooldridge's deposition on September 26, 2007.

18         16.    Attached hereto as Exhibit O is a true and correct copy of a document produced in

19    the Penn. Case by CMU pursuant to subpoena with Bates No. CMU 0259 and marked as Exhibit

20    31 at Mr. Wooldridge's deposition on September 26, 2007.

21         17.    Attached hereto as Exhibit P is a true and correct copy of a document produced in

22    the Penn. Case by CMU pursuant to subpoena with Bates No. CMU 0260 and marked as Exhibit

23    32 at Mr. Wooldridge's deposition on September 26, 2007.

24         18.    Attached hereto as Exhibit Q is a true and correct copy of a document produced in

25    the Penn. Case by CMU pursuant to subpoena with Bates No. CMU 0262 and marked as Exhibit

26    34 at Mr. Wooldridge's deposition on September 26, 2007.

27         19.    Attached hereto as Exhibit R is a true and correct copy of excerpts from the

28    deposition of Alexander Ducruet, taken on October 2, 2007 in the Penn. Case.

OHS West:260464278.2                    - 2 -        SEALED POPPE DECL. ISO VARIAN'S MOTION TO
                                                     TRANSFER ACTION TO W.D. PENN.
                                                     (Case No. CV 08-02973 MMC)

1        20.      Attached hereto as Exhibit S are true and correct copies of documents produced in

2   the Penn. Case by UPitt with Bates numbers PITT00001625-72, 2018-23.

3        21.      Attached hereto as Exhibit T is a true and correct copy of excerpts from the

4   deposition of  Joel Greenberger, taken on October 24, 2007 in the Penn. Case.

5        22.      Attached hereto as Exhibit U is a true and correct copy of excerpts from the

6   deposition of Alexander Ciocca, taken on October 3, 2007 in the Penn. Case.

7        23.      Attached hereto as Exhibit V is a true and correct copy of excerpts from the

8   deposition of Jeffrey Shogan, taken on October 3, 2007 in the Penn. Case.

9        24.      Attached hereto as Exhibit W is a true and correct copy of excerpts from the

10  deposition of Charalambos Athanassiou, taken on November 16, 2007 in the Penn. Case.

11       25.      Attached hereto as Exhibit X is a true and correct copy of a document marked as

12  Exhibit 1 at the deposition of Alexander Ciocca, taken on October 3, 2007 in the Penn. Case.

13       I declare under penalty of perjury under the laws of the United States of America that the

14  foregoing is true and correct.  Executed in Menlo Park, California on June 27, 2008.

15

16                                              /s/ Matthew H. Poppe
                                                    Matthew H. Poppe
17

18

19

20

21

22

23

24

25

26

27

28

OHS West:260464278.2                    - 3 -        SEALED POPPE DECL. ISO VARIAN'S MOTION TO
                                                     TRANSFER ACTION TO W.D. PENN.
                                                     (Case No. CV 08-02973 MMC)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the SEALED DECLARATION OF MATTHEW H. POPPE IN SUPPORT OF VARIAN'S MOTION TO TRANSFER ACTION TO U.S. DISTRICT COURT FOR WESTERN DISTRICT OF PENNSYLVANIA was served upon the University of Pittsburgh, through its counsel, via:

|  | |
|---|---|
| ___X___ | Hand-Delivery |
| _____ | Facsimile |
| _____ | First Class, US Mail, Postage Prepaid |
| _____ | Certified Mail-Return Receipt Requested |
| _____ | ECF Electronic Service |
| _____ | Overnight Delivery |

at the following addresses:

Rita E. Tautkus
Morgan Lewis & Bockius, LLP
One Market – Spear Street Tower
San Francisco, CA   94105
rtautkus@morganlewis.com

Dated:  June 27, 2008                                    /s/ Matthew H. Poppe
                                                                   Matthew H. Poppe

OHS West:260464278.2                          - 4 -       SEALED POPPE DECL. ISO VARIAN'S MOTION TO
                                                                          TRANSFER ACTION TO W.D. PENN.
                                                                          (Case No. CV 08-02973 MMC)

1   WILLIAM L. ANTHONY, JR.  (State Bar No. 166026)
    wanthony@orrick.com
2   MATTHEW H. POPPE  (State Bar No. 177854)
    mpoppe@orrick.com
3   ZHENG LIU  (State Bar No. 229311)
    jenliu@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
5   Menlo Park, California 94025
    Telephone:    +1-650-614-7400
6   Facsimile:    +1-650-614-7401

7   Attorneys for Defendant
    VARIAN MEDICAL SYSTEMS, INC.
8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12

13  UNIVERSITY OF PITTSBURGH OF THE          Case No.  CV 08-02973 MMC
    COMMONWEALTH SYSTEM OF HIGHER
14  EDUCATION d/b/a UNIVERSITY OF            **MANUAL FILING NOTIFICATION**
    PITTSBURGH, a Pennsylvania non-profit
    corporation (educational),               **SEALED EXHIBITS A THROUGH X**
15                                            **IN SUPPORT OF SEALED**
                                             **DECLARATION OF MATTHEW H.**
16            Plaintiff,                      **POPPE IN SUPPORT OF VARIAN'S**
                                             **MOTION TO TRANSFER ACTION**
17      v.                                    **TO U.S. DISTRICT COURT FOR**
                                             **WESTERN DISTRICT OF**
18  VARIAN MEDICAL SYSTEMS, INC., a          **PENNSYLVANIA**
    Delaware corporation,
19                                            Date:       August 1, 2008
              Defendant.                      Time:       9:00 a.m.
20                                            Courtroom:  7, 19th Floor
                                              Judge:  Honorable Maxine M. Chesney
21

22

23

24

25

26

27

28

1                       **MANUAL FILING NOTIFICATION**

2           Regarding:

3           **(1)     Sealed Exhibits A through X in Support of Sealed Declaration Of**

4 **Matthew H. Poppe In Support Of Varian's Motion To Transfer Action To U.S. District**

5 **Court For Western District Of Pennsylvania**

6           (2)     This filing is in paper or physical form only, and is being maintained in the

7 case file in the Clerk's office.

8           If you are a participant in this case, this filing will be served in hard-copy shortly.

9           For information on retrieving this filing directly from the court, please see the

10 court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

11           This filing was not efiled for the following reason(s):

12           [_] Voluminous Document (PDF file size larger than the efiling system allows)

13           [_] Unable to Scan Documents

14           [_] Physical Object (description): _____

15           [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

16           **[X] Confidential - Item Under Seal.**

17           [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

18           [_] Other (description): _____

19

20 Dated:  June 27, 2008

21                          WILLIAM L. ANTHONY
                         MATTHEW H. POPPE

22                          ZHENG LIU
                         ORRICK, HERRINGTON & SUTCLIFFE LLP

23

24

25                          By:_____ */s/ Matthew H. Poppe /s/*_____
                               Matthew H. Poppe

26                              Attorneys for Defendant
                        VARIAN MEDICAL SYSTEMS, INC.

27

28

OHS West:260464607.1          - 1 -          Manual Filing Notification
                                                (Case No. CV 08-02973 MMC)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of **Manual Filing Notification:  Sealed Exhibits A Through X In Support Of Sealed Declaration Of Matthew H. Poppe In Support Of Varian's Motion To Transfer Action To U.S. District Court For Western District Of Pennsylvania** was served upon the University of Pittsburgh, through its counsel, via:

| | |
|---|---|
| _____ | Hand-Delivery |
| _____ | Facsimile |
| _____ | First Class, US Mail, Postage Prepaid |
| _____ | Certified Mail-Return Receipt Requested |
| X | ECF Electronic Service |
| _____ | Overnight Delivery |

at the following addresses:

Rita E. Tautkus
Morgan Lewis & Bockius, LLP
One Market – Spear Street Tower
San Francisco, CA   94105
rtautkus@morganlewis.com

Dated:  July 2, 2008

__/s/ *Matthew H. Poppe*_____
Matthew H. Poppe

OHS West:260461788.1

- 2 -

VARIAN'S MOTION TO TRANSFER ACTION TO
WESTERN DISTRICT OF PENNSYLVANIA
(Case No. CV 08-02973 MMC)