WILLIAM L. ANTHONY, JR. (State Bar No. 166026)
wanthony@orrick.com
MATTHEW H. POPPE (State Bar No. 177854)
mpoppe@orrick.com
ZHENG LIU (State Bar No. 229311)
jenliu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone:   +1-650-614-7400
Facsimile:    +1-650-614-7401

Attorneys for Defendant
VARIAN MEDICAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH, a Pennsylvania non-profit corporation (educational),<br><br>    Plaintiff,<br><br>    v.<br><br>VARIAN MEDICAL SYSTEMS, INC., a Delaware corporation,<br><br>    Defendant. | Case No. CV 08-02973 MMC<br><br>**VARIAN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO SEALED POPPE DECLARATION** |

1    Pursuant to Civil L.R. 7-11 and 79-5(d), Defendant Varian Medical Systems, Inc.
2  ("Varian") respectfully submits this administrative request asking the Court to permit the filing
3  under seal of all of the exhibits to the Sealed Declaration of Matthew H. Poppe in Support of
4  Varian's Motion to Transfer Action to U.S. District Court for Western District of Pennsylvania
5  (the "Sealed Poppe Declaration"), which Varian is submitting on this date, each of which contains
6  information shielded from public disclosure by a judicially sanctioned protective order issued by
7  another U.S. District Court.  (*See* Declaration of Matthew H. Poppe in Support of Administrative
8  Motion to File Under Seal at ¶¶ 3-4 & Ex. B, filed herewith.)
9    In an action between the parties in the United States District Court for the Western District
10  of Pennsylvania, Case No. 2:07-CV-00491-AJS (the "Penn. case"), a protective order was entered
11  on May 24, 2007.  (*Id.*)  Plaintiff University of Pittsburgh ("UPitt") and certain non-parties
12  produced materials during discovery in the Penn. case that they designated "Confidential" or
13  "Confidential – Attorney Eyes Only" pursuant to the protective order.  In addition, the transcripts
14  of certain depositions of UPitt and non-party deponents in the Penn. case were designated by
15  them as "Confidential" or "Confidential – Attorney Eyes Only" pursuant to the protective order.
16  All of the exhibits to the Sealed Poppe Declaration consist of such materials.
17    Concurrently herewith, Varian is filing electronically, in the public file, a copy of the
18  Sealed Poppe Declaration without any of the exhibits attached, so that the requested Order from
19  the Court will not deprive the public of information to which it is entitled.
20    UPitt's counsel has informed Varian's counsel that it does not object to the sealing of the
21  materials that are the subject of this Administrative Motion.
22    For the reasons stated above, and in order to comply with the protective order issued in the
23  Penn. case, Varian hereby moves the Court for an order placing all of the following materials
24  under seal:
25    1.    Exhibit A to the Sealed Poppe Declaration, which is a true and correct copy of
26  excerpts from the deposition of Karun Shimoga, taken on August 31, 2007 in the Penn. case.
27    2.    Exhibit B to the Sealed Poppe Declaration, which is a true and correct copy of
28  excerpts from the deposition of Joel Greenberger, taken on September 21, 2007 in the Penn. case.

3. Exhibit C to the Sealed Poppe Declaration, which is a true and correct copy of excerpts from the deposition of Andre Kalend, taken on October 5, 2007 in the Penn. case.

4. Exhibit D to the Sealed Poppe Declaration, which is a true and correct copy of excerpts from the deposition of Takeo Kanade, taken on September 19, 2007 in the Penn. case.

5. Exhibit E to the Sealed Poppe Declaration, which is a true and correct copy of excerpts from the deposition of Robert Wooldridge, taken on September 26, 2007 in the Penn. case.

6. Exhibit F to the Sealed Poppe Declaration, which is a true and correct copy of excerpts from the deposition of Richard Westerhoff, taken on October 3, 2007 in the Penn. case.

7. Exhibit G to the Sealed Poppe Declaration, which is a true and correct copy of excerpts from the deposition of Marc Malandro, taken on October 2, 2007 in the Penn. case.

8. Exhibit H to the Sealed Poppe Declaration, which is a true and correct copy of a document produced in the Penn. case by Carnegie Mellon University ("CMU") pursuant to subpoena with Bates Nos. CMU 0279 to CMU 0283.

9. Exhibit I to the Sealed Poppe Declaration, which is a true and correct copy of a document produced in the Penn. case by CMU pursuant to subpoena with Bates Nos. CMU 0274 to CMU 0278.

10. Exhibit J to the Sealed Poppe Declaration, which is a true and correct copy of a document produced in the Penn. case by CMU pursuant to subpoena with Bates Nos. CMU 0227 to CMU 0236.

11. Exhibit K to the Sealed Poppe Declaration, which is a true and correct copy of a document produced in the Penn. case by CMU pursuant to subpoena with Bates No. CMU 0237.

12. Exhibit L to the Sealed Poppe Declaration, which is a true and correct copy of a document produced in the Penn. case by CMU pursuant to subpoena with Bates Nos. CMU 0238 to CMU 0248.

13. Exhibit M to the Sealed Poppe Declaration, which is a true and correct copy of a document produced in the Penn. case by CMU pursuant to subpoena with Bates Nos. CMU 0256 to CMU 0257.

1     14. Exhibit N to the Sealed Poppe Declaration, which is a true and correct copy of a

2  document produced in the Penn. case by CMU pursuant to subpoena with Bates No. CMU 0258.

3     15. Exhibit O to the Sealed Poppe Declaration, which is a true and correct copy of a

4  document produced in the Penn. case by CMU pursuant to subpoena with Bates No. CMU 0259.

5     16. Exhibit P to the Sealed Poppe Declaration, which is a true and correct copy of a

6  document produced in the Penn. case by CMU pursuant to subpoena with Bates No. CMU 0260.

7     17. Exhibit Q to the Sealed Poppe Declaration, which is a true and correct copy of a

8  document produced in the Penn. case by CMU pursuant to subpoena with Bates No. CMU 0262.

9     18. Exhibit R to the Sealed Poppe Declaration, which is a true and correct copy of

10 excerpts from the deposition of Alexander Ducruet, taken on October 2, 2007 in the Penn. case.

11    19. Exhibit S to the Sealed Poppe Declaration, which are true and correct copies of

12 documents produced in the Penn. case by UPitt with Bates numbers PITT00001625-72 and 2018-

13 23.

14    20. Exhibit T to the Sealed Poppe Declaration, which is a true and correct copy of

15 excerpts from the deposition of  Joel Greenberger, taken on October 24, 2007 in the Penn. case.

16    21. Exhibit U to the Sealed Poppe Declaration, which is a true and correct copy of

17 excerpts from the deposition of Alexander Ciocca, taken on October 3, 2007 in the Penn. case.

18    22. Exhibit V to the Sealed Poppe Declaration, which is a true and correct copy of

19 excerpts from the deposition of Jeffrey Shogan, taken on October 3, 2007 in the Penn. case.

20    23. Exhibit W to the Sealed Poppe Declaration, which is a true and correct copy of

21 excerpts from the deposition of Charalambos Athanassiou, taken on November 16, 2007 in the

22 Penn. case.

23    24. Exhibit X to the Sealed Poppe Declaration, which is a true and correct copy of a

24 document with Bates numbers VMS0001 – 0034, marked as Exhibit 1 at the deposition of

25 Alexander Ciocca, taken on October 3, 2007 in the Penn. case.

26 / / /

27 / / /

28 / / /

1  For the reasons stated above, Varian respectfully requests that this Administrative Motion
2  be granted.

3  Dated: June ___, 2008                    WILLIAM L. ANTHONY, JR.
                                              MATTHEW H. POPPE
4                                             ZHENG LIU
                                              ORRICK, HERRINGTON & SUTCLIFFE LLP
5

6
                                                    /s/ Matthew H. Poppe
7                                             _____
                                                    Matthew H. Poppe
                                                    Attorneys for Defendant
8                                             VARIAN MEDICAL SYSTEMS, INC.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of VARIAN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO SEALED POPPE DECLARATION was served upon the University of Pittsburgh, through its counsel, via:

| | |
|---|---|
| _____ | Hand-Delivery |
| _____ | Facsimile |
| _____ | First Class, US Mail, Postage Prepaid |
| _____ | Certified Mail-Return Receipt Requested |
| \_\_\_\_\_X\_\_\_\_\_ | ECF Electronic Service |
| _____ | Overnight Delivery |

at the following addresses:

Rita E. Tautkus
Morgan Lewis & Bockius, LLP
One Market – Spear Street Tower
San Francisco, CA  94105
rtautkus@morganlewis.com

Dated:  July 2, 2008                         \_\_/s/ *Matthew H. Poppe*_____
                                              Matthew H. Poppe

- 1 -                                                    (Case No. CV 08-02973 MMC)

1  WILLIAM L. ANTHONY, JR.  (State Bar No. 166026)
   wanthony@orrick.com
2  MATTHEW H. POPPE  (State Bar No. 177854)
   mpoppe@orrick.com
3  ZHENG LIU  (State Bar No. 229311)
   jenliu@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, California 94025
   Telephone:    +1-650-614-7400
6  Facsimile:    +1-650-614-7401

7  Attorneys for Defendant
   VARIAN MEDICAL SYSTEMS, INC.
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH, a Pennsylvania non-profit corporation (educational),<br><br>             Plaintiff,<br><br>    v.<br><br>VARIAN MEDICAL SYSTEMS, INC., a Delaware corporation,<br><br>             Defendant. | Case No.  CV 08-2973 MMC<br><br>**[PROPOSED] ORDER GRANTING VARIAN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO SEALED POPPE DECLARATION** |

1    This Court, having reviewed Varian's Administrative Motion to File Sealed Poppe Declaration Under Seal in accordance with Civil L.R. 7-11 and 79-5, and good cause having been shown therefor, hereby GRANTS the Motion. The following documents submitted by Defendant Varian Medical Systems, Inc. ("Varian"), shall be FILED UNDER SEAL:

1. Exhibit A to the Sealed Declaration of Matthew H. Poppe in Support of Varian's Motion to Transfer Action to U.S. District Court for Western District of Pennsylvania ("Sealed Poppe Declaration"), which is a true and correct copy of excerpts from the deposition of Karun Shimoga, taken on August 31, 2007 in *University of Pittsburgh v. Varian Medical Systems, Inc.*, Case No. 2:07-cv-00491-AJS, in the United States District Court for the Western District of Pennsylvania (the "Penn. case").

2. Exhibit B to the Sealed Poppe Declaration, which is a true and correct copy of excerpts from the deposition of Joel Greenberger, taken on September 21, 2007 in the Penn. case.

3. Exhibit C to the Sealed Poppe Declaration, which is a true and correct copy of excerpts from the deposition of Andre Kalend, taken on October 5, 2007 in the Penn. case.

4. Exhibit D to the Sealed Poppe Declaration, which is a true and correct copy of excerpts from the deposition of Takeo Kanade, taken on September 19, 2007 in the Penn. case.

5. Exhibit E to the Sealed Poppe Declaration, which is a true and correct copy of excerpts from the deposition of Robert Wooldridge, taken on September 26, 2007 in the Penn. case.

6. Exhibit F to the Sealed Poppe Declaration, which is a true and correct copy of excerpts from the deposition of Richard Westerhoff, taken on October 3, 2007 in the Penn. case.

7. Exhibit G to the Sealed Poppe Declaration, which is a true and correct copy of excerpts from the deposition of Marc Malandro, taken on October 2, 2007 in the Penn. case.

8. Exhibit H to the Sealed Poppe Declaration, which is a true and correct copy of a document produced in the Penn. case by Carnegie Mellon University ("CMU") pursuant to subpoena with Bates Nos. CMU 0279 to CMU 0283.

/ / /

/ / /

1    9.    Exhibit I to the Sealed Poppe Declaration, which is a true and correct copy of a document produced in the Penn. case by CMU pursuant to subpoena with Bates Nos. CMU 0274 to CMU 0278.

10.    Exhibit J to the Sealed Poppe Declaration, which is a true and correct copy of a document produced in the Penn. case by CMU pursuant to subpoena with Bates Nos. CMU 0227 to CMU 0236.

11.    Exhibit K to the Sealed Poppe Declaration, which is a true and correct copy of a document produced in the Penn. case by CMU pursuant to subpoena with Bates No. CMU 0237.

12.    Exhibit L to the Sealed Poppe Declaration, which is a true and correct copy of a document produced in the Penn. case by CMU pursuant to subpoena with Bates Nos. CMU 0238 to CMU 0248.

13.    Exhibit M to the Sealed Poppe Declaration, which is a true and correct copy of a document produced in the Penn. case by CMU pursuant to subpoena with Bates Nos. CMU 0256 to CMU 0257.

14.    Exhibit N to the Sealed Poppe Declaration, which is a true and correct copy of a document produced in the Penn. case by CMU pursuant to subpoena with Bates No. CMU 0258.

15.    Exhibit O to the Sealed Poppe Declaration, which is a true and correct copy of a document produced in the Penn. case by CMU pursuant to subpoena with Bates No. CMU 0259.

16.    Exhibit P to the Sealed Poppe Declaration, which is a true and correct copy of a document produced in the Penn. case by CMU pursuant to subpoena with Bates No. CMU 0260.

17.    Exhibit Q to the Sealed Poppe Declaration, which is a true and correct copy of a document produced in the Penn. case by CMU pursuant to subpoena with Bates No. CMU 0262.

18.    Exhibit R to the Sealed Poppe Declaration, which is a true and correct copy of excerpts from the deposition of Alexander Ducruet, taken on October 2, 2007 in the Penn. case.

19.    Exhibit S to the Sealed Poppe Declaration, which are true and correct copies of documents produced in the Penn. case by UPitt with Bates numbers PITT00001625-72, 2018-23.

20.    Exhibit T to the Sealed Poppe Declaration, which is a true and correct copy of excerpts from the deposition of Joel Greenberger, taken on October 24, 2007 in the Penn. case.

21. Exhibit U to the Sealed Poppe Declaration, which is a true and correct copy of excerpts from the deposition of Alexander Ciocca, taken on October 3, 2007 in the Penn. case.

22. Exhibit V to the Sealed Poppe Declaration, which is a true and correct copy of excerpts from the deposition of Jeffrey Shogan, taken on October 3, 2007 in the Penn. case.

23. Exhibit W to the Sealed Poppe Declaration, which is a true and correct copy of excerpts from the deposition of Charalambos Athanassiou, taken on November 16, 2007 in the Penn. case.

24. Exhibit X to the Sealed Poppe Declaration, which is a true and correct copy of a document with Bates numbers VMS0001 – 0034, marked as Exhibit 1 at the deposition of Alexander Ciocca, taken on October 3, 2007 in the Penn. case.

**IT IS SO ORDERED.**

Dated: _____

_____
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of [PROPOSED] ORDER GRANTING VARIAN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO SEALED POPPE DECLARATION was served upon the University of Pittsburgh, through its counsel, via:

| | |
|---|---|
| _____ | Hand-Delivery |
| _____ | Facsimile |
| _____ | First Class, US Mail, Postage Prepaid |
| _____ | Certified Mail-Return Receipt Requested |
| \_\_\_\_X\_\_\_\_ | ECF Electronic Service |
| _____ | Overnight Delivery |

at the following addresses:

Rita E. Tautkus
Morgan Lewis & Bockius, LLP
One Market – Spear Street Tower
San Francisco, CA   94105
rtautkus@morganlewis.com

Dated:  July 2, 2008                     /s/ *Matthew H. Poppe*
                                           Matthew H. Poppe

- 1 -                                               (Case No. CV 08-02973 MMC)