1  DANIEL JOHNSON, JR. (State Bar No. 57409)
   RITA E. TAUTKUS (State Bar No. 162090)
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, California 94105-1596
   Tel:   415.442.1000
4  Fax:   415.442.1001
   E-mail: djjohnson@morganlewis.com
5  E-mail: rtautkus@morganlewis.com

6  Attorneys for Plaintiff
   UNIVERSITY OF PITTSBURGH
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | UNIVERSITY OF PITTSBURGH OF          | Case No. CV-08-2973-MMC
   | THE COMMONWEALTH SYSTEM OF           |
13 | HIGHER EDUCATION d/b/a               | **RETURN OF SUMMONS AND PROOF OF
   | UNIVERSITY OF PITTSBURGH,            | SERVICE OF SUMMONS, COMPLAINT
14 | a Pennsylvania non-profit corporation| AND RELATED DOCUMENTS**
15 | (educational),

16              Plaintiff,

17        v.

18 VARIAN MEDICAL SYSTEMS, INC.,
   a Delaware corporation,
19
20              Defendant.

28
MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7720900.1

PROOF OF SERVICE, CV-08-2973-MMC

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

University of Pittsburgh of the Commonwealth System of Higher Education d/b/a University of Pittsburgh )
_____ )
Plaintiff )
v. ) Civil Action No.
Varian Medical Systems, Inc. ) **CV 08 2973**
Defendant )

**Summons in a Civil Action**

To: Varian Medical Systems, Inc. c/o CSC Lawyers Incorporating Srv. 2730 Gateway Oaks Dr Ste 100 Sacramento CA 95833
*(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Daniel Johnson, Jr., Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: __JUN 1 6 2008__

Deputy clerk's signature

MARY ANN BUCKLEY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| *Attorney or Party without Attorney:* <br> DANIEL JOHNSON, JR., ESQ. <br> MORGAN LEWIS & BOCKIUS LLP <br> 1 MARKET, SPEAR STREET TOWER <br> 25TH FLOOR <br> SAN FRANCISCO, CA 94105 <br> *Telephone No:* 415-442-1000     *FAX No:* 415-442-1001 | *For Court Use Only* |
|---|---|
| | *Ref. No. or File No.:* <br> 70381-053184-0006 |
| *Attorney for:* Plaintiff | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> United States District Court Northern District Of California | |
| *Plaintiff:* University Of Pittsburgh Of The Commonwealth System Of Higher Education, Ect. <br> *Defendant:* VARIAN MEDICAL SYSTEMS, INC. | |

| **PROOF OF SERVICE SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> CV 08 2973 BZ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint For Patent Infringement; Civil Cover Sheet; Plaintiff's Disclosure Statement Pursuant To Fed. R. Civ. P. 7.1; Plaintiff's Certification Of Interested Entities Or Persons Pursuant To Civil L.R. 3-16; Welcome To The U.S. District Court; Drop Box Filing Procedures; Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Orders; Contents Of Joint Case Management Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Consenting To A Magistrate Judge's Jurisdiction Packet; Letter Dated June 18, 2008.

3. a. *Party served:*         VARIAN MEDICAL SYSTEMS, INC.
   b. *Person served:*     MATTHEW POPPE, ATTORNEY OF RECORD BY SERVING HIS
                                       ASSISTANT, BECKY SEES, AUTHORIZED TO ACCEPT

4. *Address where the party was served:*     ORRICK HERRINGTON & SUTCLIFFE LLP
                                                                         1000 MARSH ROAD
                                                                         MENLO PARK, CA 94025

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 18, 2008 (2) at: 3:23PM

7. *Person Who Served Papers:*                                             Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. EDGAR MENDEZ                                          d. *The Fee for Service was:*
                                                                         e. I am: Not a Registered California Process Server

**First Legal Support Services** SM
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Thu, Jun. 26, 2008

   (EDGAR MENDEZ)

   *6425823.morle1.142402*

| Judicial Council Form <br> Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE <br> SUMMONS IN A CIVIL | |
|---|---|---|