1 | WILLIAM L. ANTHONY, JR. (State Bar No. 166026)
wanthony@orrick.com
2 | MATTHEW H. POPPE (State Bar No. 177854)
mpoppe@orrick.com
3 | ZHENG LIU (State Bar No. 229311)
jenliu@orrick.com
4 | ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
5 | Menlo Park, California 94025
Telephone:   +1-650-614-7400
6 | Facsimile:   +1-650-614-7401

7 | Attorneys for Defendant
VARIAN MEDICAL SYSTEMS, INC.
8 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH, a Pennsylvania non-profit corporation (educational),<br><br>        Plaintiff,<br><br>   v.<br><br>VARIAN MEDICAL SYSTEMS, INC., a Delaware corporation,<br><br>        Defendant. | Case No. CV 08-02973 MMC<br><br>**PROOF OF SERVICE** |

OHS West:260467078.1

PROOF OF SERVICE
(Case No. CV 08-02973 MMC)

Case 3:08-cv-02973-MMC    Document 27    Filed 07/02/2008    Page 2 of 2

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On July 2, 2008, I served the within document(s):

1. **VARIAN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO SEALED POPPE DECLARATION**

2. **DECLARATION OF MATTHEW H. POPPE IN SUPPORT OF VARIAN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO SEALED POPPE DECLARATION AND EXHIBITS A AND B**

3. **[PROPOSED] ORDER GRANTING VARIAN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO SEALED POPPE DECLARATION**

4. **EXHIBITS D, E, H, I - Q, TO THE SEALED DECLARATION OF MATTHEW H. POPPE IN SUPPORT OF VARIAN'S MOTION TO TRANSFER ACTION TO U.S. DISTRICT COURT FOR WESTERN DISTRICT OF PENNSYLVANIA**

5. **A COPY OF NORTHERN DISTRICT OF CALIFORNIA LOCAL RULE 79-5**

| X | By transmitting via e-mail the document(s) listed above to the e-mail address(es) set forth below on July 2, 2008. |
|---|---|

James A. Mercolini  
Associate General Counsel  
Carnegie Mellon University  
5000 Forbes Avenue  
Pittsburgh, PA 15213  
jamercol@andrew.cmu.edu

Counsel for Carnegie Mellon University

Daniel J. Munsch  
Assistant General Counsel  
Carnegie Mellon University  
5000 Forbes Avenue  
Pittsburgh, PA 15213  
dmunsch@andrew.cmu.edu

Executed on July 2, 2008 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Zheng Liu  
Zheng Liu

- 1 -
OHS West:260467078.1

PROOF OF SERVICE  
(Case No. CV 08-02973 MMC)