WILLIAM L. ANTHONY, JR.  (State Bar No. 166026)
wanthony@orrick.com
MATTHEW H. POPPE  (State Bar No. 177854)
mpoppe@orrick.com
ZHENG LIU  (State Bar No. 229311)
jenliu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone:      +1-650-614-7400
Facsimile:      +1-650-614-7401

Attorneys for Defendant
VARIAN MEDICAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH, a Pennsylvania non-profit corporation (educational),<br><br>                    Plaintiff,<br><br>          v.<br><br>VARIAN MEDICAL SYSTEMS, INC., a Delaware corporation,<br><br>                    Defendant. | Case No.  CV 08-02973 MMC<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action.  On July 2, 2008, I served the within document(s):

1.   **VARIAN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO SEALED POPPE DECLARATION**

2.   **DECLARATION OF MATTHEW H. POPPE IN SUPPORT OF VARIAN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO SEALED POPPE DECLARATION AND EXHIBITS A AND B**

3.   **[PROPOSED] ORDER GRANTING VARIAN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO SEALED POPPE DECLARATION**

4.   **EXHIBIT F TO THE SEALED DECLARATION OF MATTHEW H. POPPE IN SUPPORT OF VARIAN'S MOTION TO TRANSFER ACTION TO U.S. DISTRICT COURT FOR WESTERN DISTRICT OF PENNSYLVANIA**

5.   **A COPY OF NORTHERN DISTRICT OF CALIFORNIA LOCAL RULE 79-5**

| X | By transmitting via e-mail the document(s) listed above to the e-mail address(s) set forth below on July 2, 2008. |
|---|---|

William B. Mallin, Special Counsel          Counsel for Eckert Seamans
Eckert Seamans
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA
wmallin@eckertseamans.com

Executed on July 2, 2008 at Menlo Park, California.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
                                        /s/ Zheng Liu
                                        Zheng Liu

OHS
West:260467079
.1