| | |
|---|---|
| 1 | WILLIAM L. ANTHONY, JR.  (State Bar No. 166026) |
|   | wanthony@orrick.com |
| 2 | MATTHEW H. POPPE  (State Bar No. 177854) |
|   | mpoppe@orrick.com |
| 3 | ZHENG LIU  (State Bar No. 229311) |
|   | jenliu@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 5 | Menlo Park, California 94025 |
|   | Telephone:    +1-650-614-7400 |
| 6 | Facsimile:     +1-650-614-7401 |

Attorneys for Defendant
VARIAN MEDICAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH, a Pennsylvania non-profit corporation (educational), | Case No.  CV 08-02973 MMC |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| VARIAN MEDICAL SYSTEMS, INC., a Delaware corporation, | |
| Defendant. | |

OHS West:260467076.1

PROOF OF SERVICE
(Case No. CV 08-02973 MMC)

**PROOF OF SERVICE**

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On July 2, 2008, I served the within document(s):

1. **VARIAN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO SEALED POPPE DECLARATION**

2. **DECLARATION OF MATTHEW H. POPPE IN SUPPORT OF VARIAN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO SEALED POPPE DECLARATION AND EXHIBITS A AND B**

3. **[PROPOSED] ORDER GRANTING VARIAN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO SEALED POPPE DECLARATION**

4. **EXHIBITS U, V, X TO THE SEALED DECLARATION OF MATTHEW H. POPPE IN SUPPORT OF VARIAN'S MOTION TO TRANSFER ACTION TO U.S. DISTRICT COURT FOR WESTERN DISTRICT OF PENNSYLVANIA**

5. **A COPY OF NORTHERN DISTRICT OF CALIFORNIA LOCAL RULE 79-5**

| X | By transmitting via e-mail the document(s) listed above to the e-mail address(s) set forth below on July 2, 2008. |
|---|---|

| | |
|---|---|
| Alexander J. Ciocca, Associate Counsel<br>University of Pittsburgh Medical Center<br>Corporate Legal Department<br>600 Grant Street – 28th Floor<br>Pittsburgh, PA 15219<br>cioccaaj@upmc.edu | Counsel for University of Pittsburgh Medical Center |

Executed on July 2, 2008 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Zheng Liu
Zheng Liu