1  WILLIAM L. ANTHONY, JR.  (State Bar No. 166026)
   wanthony@orrick.com
2  MATTHEW H. POPPE  (State Bar No. 177854)
   mpoppe@orrick.com
3  ZHENG LIU  (State Bar No. 229311)
   jenliu@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, California 94025
   Telephone:    +1-650-614-7400
6  Facsimile:    +1-650-614-7401

7  Attorneys for Defendant
   VARIAN MEDICAL SYSTEMS, INC.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13  UNIVERSITY OF PITTSBURGH OF THE          Case No.  CV 08-02973 MMC
    COMMONWEALTH SYSTEM OF HIGHER
14  EDUCATION d/b/a UNIVERSITY OF            **[PROPOSED] ORDER GRANTING
    PITTSBURGH, a Pennsylvania non-profit    STIPULATED REQUEST FOR
15  corporation (educational),               ORDER SHORTENING TIME RE:
                                             MOTION TO TRANSFER ACTION
16              Plaintiff,                    TO U.S. DISTRICT COURT FOR
                                             WESTERN DISTRICT OF
17         v.                                PENNSYLVANIA [Civil L.R. 6-2]**

18  VARIAN MEDICAL SYSTEMS, INC., a          **Filed Electronically**
    Delaware corporation,
19
                Defendant.
20

21

22

23

24

25

26

27

28

OHS West:260465773.1

1    Upon consideration of the parties' Stipulated Request for Order Shortening Time Re:

2   Motion to Transfer Action to U.S. District Court for Western District of Pennsylvania, IT IS

3   HEREBY ORDERED that the request is GRANTED and the following schedule shall apply to

4   Varian's Motion to Transfer Action to U.S. District Court for Western District of Pennsylvania,

5   filed on June 27, 2008, despite the fact that Varian filed a Sealed Declaration of Matthew H.

6   Poppe in support of the motion on July 2, 2008:

7    1.    UPitt shall have through and including July 11, 2008, within which to file its

8   Opposition to the Motion to Transfer;

9    2.    Varian shall have through and including July 18, 2008 to file its Reply; and

10    3.    The hearing on the Motion to Transfer shall remain noticed for August 1, 2008 at

11   9:00 a.m. as set forth in the Notice of Motion associated with the Motion to Transfer.

12    IT IS SO ORDERED.

13

14   Dated: July __, 2008

15    _____
     UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATED
REQUEST FOR ORDER SHORTENING TIME
(Case No. CV 08 2973)

OHS West:260465773.1

1

2

## CERTIFICATE OF SERVICE

3

I hereby certify that a true and correct copy of the **[PROPOSED] ORDER GRANTING**

4    **STIPULATED REQUEST FOR ORDER SHORTENING TIME RE: MOTION TO**

5    **TRANSFER ACTION TO U.S. DISTRICT COURT FOR WESTERN DISTRICT OF**

6    **PENNSYLVANIA [Civil L.R. 6-2]** was served upon the University of Pittsburgh, through its

7    counsel, via:

8

9    _____    Hand-Delivery

10   _____    Facsimile

11   _____    First Class, US Mail, Postage Prepaid

12   _____    Certified Mail-Return Receipt Requested

13   ____X____    ECF Electronic Service

14   _____    Overnight Delivery

15

16   at the following addresses:

17                Rita E. Tautkus
                  Morgan Lewis & Bockius, LLP
18                One Market – Spear Street Tower
                  San Francisco, CA  94105
19                rtautkus@morganlewis.com

20

21   Dated:  July 3, 2008                 ___/s/ *Zheng Liu*_____

22                                              Zheng Liu

23

24

25

26

27

28

OHS West:260465773.1