```
 1  WILLIAM L. ANTHONY, JR. (State Bar No. 166026)
    wanthony@orrick.com
 2  MATTHEW H. POPPE (State Bar No. 177854)
    mpoppe@orrick.com
 3  ZHENG LIU (State Bar No. 229311)
    jenliu@orrick.com
 4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
 5  Menlo Park, California 94025
    Telephone:  +1-650-614-7400
 6  Facsimile:  +1-650-614-7401

 7  Attorneys for Defendant
    VARIAN MEDICAL SYSTEMS, INC.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH, a Pennsylvania non-profit corporation (educational),<br><br>            Plaintiff,<br><br>   v.<br><br>VARIAN MEDICAL SYSTEMS, INC., a Delaware corporation,<br><br>            Defendant. | Case No. CV 08-02973 MMC<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER SHORTENING TIME RE: MOTION TO TRANSFER ACTION TO U.S. DISTRICT COURT FOR WESTERN DISTRICT OF PENNSYLVANIA [Civil L.R. 6-2]<br><br>**Filed Electronically** |

OHS West:260465773.1

[PROPOSED] ORDER GRANTING STIPULATED
REQUEST FOR ORDER SHORTENING TIME
(Case No. CV 08 2973)

1     Upon consideration of the parties' Stipulated Request for Order Shortening Time Re:
2 Motion to Transfer Action to U.S. District Court for Western District of Pennsylvania, IT IS
3 HEREBY ORDERED that the request is GRANTED and the following schedule shall apply to
4 Varian's Motion to Transfer Action to U.S. District Court for Western District of Pennsylvania,
5 filed on June 27, 2008, despite the fact that Varian filed a Sealed Declaration of Matthew H.
6 Poppe in support of the motion on July 2, 2008:

7     1.     UPitt shall have through and including July 11, 2008, within which to file its
8 Opposition to the Motion to Transfer;

9     2.     Varian shall have through and including July 18, 2008 to file its Reply; and

10     3.    ~~The hearing on the Motion to Transfer shall remain noticed for August 1, 2008 at~~
11 ~~9:00 a.m. as set forth in the Notice of Motion associated with the Motion to Transfer.~~

Due to the Court's calendar, the hearing on the matter is continued to August 29, 2008 at 9:00 a.m.

12     IT IS SO ORDERED.

14 Dated: July 7, 2008                _____
15                                                UNITED STATES DISTRICT JUDGE