DANIEL JOHNSON, JR. (SBN 574090)
RITA E. TAUTKUS (SBN 162090)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco CA 94105
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001
Email:  djjohnson@morganlewis.com
Email:  rtautkus@morganlewis.com

Attorneys for Plaintiff
UNIVERSITY OF PITTSBURGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH<br><br>Plaintiff,<br><br>v.<br><br>VARIAN MEDICAL SYSTEMS, INC.<br><br>Defendant. | Case No. CV 08-02973 MMC<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL TO UNIVERSITY OF PITTSBURGH'S OPPOSITION TO TRANSFER BY VARIAN MEDICAL SYSTEMS, INC.**<br><br>Date:  August 29, 2008<br>Time:  9:00 a.m.<br>Courtroom 7, 19th Floor |

## ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Civil L.R. 79-5 and 7-11, Plaintiff University of Pittsburgh ("UPitt") respectfully requests leave of the Court to file under seal the following exhibits to the Declaration of Rita E. Tautkus in Support of Plaintiff's Opposition to Motion to Transfer by Varian Medical Systems, Inc. ("Varian") that have been lodged with the Clerk:

1. Exhibit 3: Excerpts from the deposition transcript of Sam David Castellino. This deposition was designated as Confidential Attorney Eyes Only pursuant to the Protective Order (Docket No. 29, as amended Docket No. 331) entered in the Western District of Pennsylvania action, Case No. 07-0491, and hence should be sealed from the public view.

2. Exhibit 4: Excerpts from the deposition transcript of Michael Sing Chen. This deposition was designated as Confidential Attorney Eyes Only pursuant to the Protective Order (Docket No. 29, as amended Docket No. 331) entered in the Western District of Pennsylvania action, Case No. 07-0491, and hence should be sealed from the public view.

3. Exhibit 5: Excerpts from the deposition transcript of Martin J. Kandes. This deposition was designated as Confidential Attorney Eyes Only pursuant to the Protective Order (Docket No. 29, as amended Docket No. 331) entered in the Western District of Pennsylvania action, Case No. 07-0491, and hence should be sealed from the public view.

4. Exhibit 6: Excerpts from the deposition transcript of Stanley Mansfield. This deposition was designated as Confidential Attorney Eyes Only pursuant to the Protective Order (Docket No. 29, as amended Docket No. 331) entered in the Western District of Pennsylvania action, Case No. 07-0491, and hence should be sealed from the public view.

5. Exhibit 7: Excerpts from the deposition transcript of Richard Morse. This deposition was designated as Confidential Attorney Eyes Only pursuant to the Protective Order (Docket No. 29, as amended Docket No. 331) entered in the Western District of Pennsylvania action, Case No. 07-0491, and hence should be sealed from the public view.

6. Exhibit 8: Excerpts from the deposition transcript of Hassan Mostafavi. This deposition was designated as Confidential Attorney Eyes Only pursuant to the Protective Order

1  (Docket No. 29, as amended Docket No. 331) entered in the Western District of Pennsylvania action,
2  Case No. 07-0491, and hence should be sealed from the public view.

3      7.   Exhibit 9: Excerpts from the deposition transcript of George Zdasiuk. This
4  deposition was designated as Confidential Attorney Eyes Only pursuant to the Protective Order
5  (Docket No. 29, as amended Docket No. 331) entered in the Western District of Pennsylvania action,
6  Case No. 07-0491, and hence should be sealed from the public view.

7      8.   Exhibit 10: Excerpts from the deposition transcript of Majid Riaziat. This deposition
8  was designated as Confidential Attorney Eyes Only pursuant to the Protective Order (Docket No. 29,
9  as amended Docket No. 331) entered in the Western District of Pennsylvania action, Case No. 07-
10 0491, and hence should be sealed from the public view.

11     9.   Exhibit 20: A document produced in the Western District of Pennsylvania action,
12 Case No. 07-0491, by Majid Riaziat with bates number MR00000073, marked as Exhibit 12 at the
13 deposition of Majid Riaziat on October 5, 2007. This document was designated as Confidential
14 Attorney Eyes Only pursuant to the Protective Order (Docket No. 29, as amended Docket No. 331)
15 entered in the Western District of Pennsylvania action and hence should be sealed from the public
16 view.

17     10.  Exhibit 21: A document produced in the Western District of Pennsylvania action,
18 Case No. 07-0491, by Varian with bates numbers VAR00330305 to -313, marked as Exhibit 13 at
19 the deposition of Majid Riaziat on October 5, 2007. This document was designated as Confidential
20 Attorney Eyes Only pursuant to the Protective Order (Docket No. 29, as amended Docket No. 331)
21 entered in the Western District of Pennsylvania action and hence should be sealed from the public
22 view.

23     11.  Exhibit 23: Excerpts from the deposition transcript of Karun B. Shimoga. This
24 deposition was designated as Confidential Attorney Eyes Only pursuant to the Protective Order
25 (Docket No. 29, as amended Docket No. 331) entered in the Western District of Pennsylvania action,
26 Case No. 07-0491, and hence should be sealed from the public view.

27     As required by Civ. L.R. 79-5(b), UPitt is lodging with the Clerk copies of these documents
28 which have been designated Confidential Attorney Eyes Only for filing under seal in their entirety.

1
2   Dated: July 11, 2008                    MORGAN LEWIS & BOCKIUS LLP
3
4                                           By: /s/ Rita E. Tautkus
                                                Rita E. Tautkus
5                                               Attorneys for Plaintiff
                                                UNIVERSITY OF PITTSBURGH
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  DANIEL JOHNSON, JR. (SBN 574090)
   RITA E. TAUTKUS (SBN 162090)
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco CA 94105
   Telephone:  (415) 442-1000
4  Facsimile:  (415) 442-1001
   Email:  djjohnson@morganlewis.com
5  Email:  rtautkus@morganlewis.com

6  Attorneys for Plaintiff
   UNIVERSITY OF PITTSBURGH
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11
   UNIVERSITY OF PITTSBURGH OF THE        Case No. CV 08-02973 MMC
12 COMMONWEALTH SYSTEM OF HIGHER
   EDUCATION d/b/a UNIVERSITY OF
13 PITTSBURGH                             **[PROPOSED] ORDER GRANTING
                                          PLAINTIFF'S ADMINISTRATIVE
14              Plaintiff,                MOTION TO FILE CERTAIN
                                          DOCUMENTS UNDER SEAL TO
15         v.                             UNIVERSITY OF PITTSBURGH'S
                                          OPPOSITION TO TRANSFER BY
16 VARIAN MEDICAL SYSTEMS, INC.           VARIAN MEDICAL SYSTEMS, INC.**

17              Defendant.

18

19
           Upon good cause shown, IT IS HEREBY ORDERED that Exhibits 3-10, 20, 21, and 23 to
20
   the Declaration of Rita E. Tautkus in Support of Plaintiff's Administrative Motion to File Certain
21
   Documents Under Seal to University of Pittsburgh's Opposition to Transfer by Varian Medical
22
   Systems, Inc. shall be received and filed under seal in their entireties by the Clerk.
23

24 IT IS SO ORDERED.

25 Dated: _____, 2008           _____
26                                        The Honorable Maxine M. Chesney
                                          United States District Court Judge
27

28

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**                    1
 **(Case No. CV 08-02973 MMC)**
DB2/20758625.1