DANIEL JOHNSON, JR. (SBN 574090)
RITA E. TAUTKUS (SBN 162090)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
Email: djjohnson@morganlewis.com
Email: rtautkus@morganlewis.com

Attorneys for Plaintiff
UNIVERSITY OF PITTSBURGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH<br><br>Plaintiff,<br><br>v.<br><br>VARIAN MEDICAL SYSTEMS, INC.<br><br>Defendant. | Case No. CV 08-02973 MMC<br><br>**DECLARATION OF RITA E. TAUTKUS IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL TO UNIVERSITY OF PITTSBURGH'S OPPOSITION TO TRANSFER BY VARIAN MEDICAL SYSTEMS, INC.**<br><br>Date: August 29, 2008<br>Time: 9:00 a.m.<br>Courtroom 7, 19th Floor |

**DECLARATION OF RITA E. TAUTKUS ISO ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
 **(Case No. CV 08-02973 MMC)**
DB2/20758612.1

1

1   I, Rita E. Tautkus, declare as follows:

2   1.   I am Of Counsel with the law firm of Morgan, Lewis & Bockius LLP, attorneys of
3   record for University of Pittsburgh. I am licensed to practice law before the Courts for the State of
4   California. The matters referred to in my declaration are based on my personal knowledge and, if
5   called as a witness, I could and would testify competently to those matters.

6   2.   The representations made in this Administrative Motion are true and correct to the
7   best of my knowledge and belief.

8   I declare under penalty of perjury under the laws of the United States of America that the
9   foregoing is true and correct and that this declaration was executed this 11th day of July, 2008, at
10  San Francisco, California.

11
12                                          By: /s/ Rita E. Tautkus
                                                Rita E. Tautkus
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF RITA E. TAUTKUS ISO ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**   2
 **(Case No. CV 08-02973 MMC)**
DB2/20758612.1