DANIEL JOHNSON, JR. (State Bar No. 57409)
RITA E. TAUTKUS (State Bar No. 162090)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105-1596
Tel:   415.442.1000
Fax:   415.442.1001
E-mail: djjohnson@morganlewis.com
E-mail: rtautkus@morganlewis.com

Attorneys for Plaintiff
UNIVERSITY OF PITTSBURGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH, a Pennsylvania non-profit corporation (educational),<br><br>          Plaintiff,<br><br>     v.<br><br>VARIAN MEDICAL SYSTEMS, INC., a Delaware corporation,<br><br>          Defendant. | Case No. CV-08-2973-MMC<br><br>**PROOF OF SERVICE**<br><br>Date: August 29, 2008<br>Time: 9:00 a.m.<br>Courtroom 7, 19th Floor |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20758747.1                          1

PROOF OF SERVICE, CV-08-2973-MMC

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On July 11, 2008, I served the within document(s):

**FILED UNDER SEAL EXHIBITS 3-10, 20, 21 AND 23 TO THE DECLARATION OF RITA E. TAUTKUS IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL TO UNIVERSITY OF PITTSBURGH'S OPPOSITION TO TRANSFER BY VARIAN MEDICAL SYSTEMS, INC.**

| | |
|---|---|
| ☒ | I arranged for the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below (through **First Legal Support Services**, professional messenger service). |

| ATTORNEY | ATTORNEY FOR: | SERVED VIA |
|---|---|---|
| **William L. Anthony, Jr.**<br>**Matthew H. Poppe**<br>**Zheng Liu**<br>**Orrick, Herrington & Sutcliffe LLP**<br>**1000 Marsh Road**<br>**Menlo Park, CA  94025** | **Defendant Varian Medical Systems, Inc.** | **Hand Delivery** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on July 11, 2008, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

/s Rita E. Tautkus
Rita E. Tautkus