DANIEL JOHNSON, JR. (SBN 574090)
RITA E. TAUTKUS (SBN 162090)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco CA 94105
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001
Email:  djjohnson@morganlewis.com
Email:  rtautkus@morganlewis.com

Attorneys for Plaintiff
UNIVERSITY OF PITTSBURGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH<br><br>Plaintiff,<br><br>v.<br><br>VARIAN MEDICAL SYSTEMS, INC.<br><br>Defendant. | Case No. CV 08-02973 MMC<br><br>**[(CORRECTED) PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL TO UNIVERSITY OF PITTSBURGH'S OPPOSITION TO MOTION TO TRANSFER BY VARIAN MEDICAL SYSTEMS, INC.** |

Upon good cause shown, IT IS HEREBY ORDERED that Plaintiff's Administrative Motion to File Certain Documents Under Seal is GRANTED as follows:

(1)     Exhibits 3-10, 20, 21, and 23, which were submitted to the Clerk with a cover sheet erroneously indicating that they belonged to the Declaration of Rita E. Tautkus in Support of Plaintiff's Administrative Motion to File Certain Documents Under Seal (Docket No. 36), shall be deemed to belong to the Declaration of Rita E. Tautkus in Support of University of Pittsburgh's Opposition to Motion to Transfer by Varian Medical Systems, Inc. (Docket No. 34); and

\\

\\

**[(CORRECTED) PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**
 **(Case No. CV 08-02973 MMC)**
DB2/20758625.1

1

1    (2)    The aforementioned exhibits shall be received and filed under seal in their entireties by the Clerk.

IT IS SO ORDERED.

Dated: _____, 2008

                                                                       The Honorable Maxine M. Chesney
                                                                       United States District Court Judge