DANIEL JOHNSON, JR. (SBN 574090)
RITA E. TAUTKUS (SBN 162090)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
Email: djjohnson@morganlewis.com
Email: rtautkus@morganlewis.com

Attorneys for Plaintiff
UNIVERSITY OF PITTSBURGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VARIAN MEDICAL SYSTEMS, INC.<br><br>　　　　　Defendant. | Case No. CV 08-02973 MMC<br><br>**SUPPLEMENTAL DECLARATION OF RITA E. TAUTKUS IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL TO UNIVERSITY OF PITTSBURGH'S OPPOSITION TO TRANSFER BY VARIAN MEDICAL SYSTEMS, INC.**<br><br>Date: August 29, 2008<br>Time: 9:00 a.m.<br>Courtroom 7, 19th Floor |

**SUPPLEMENTAL DECLARATION OF RITA E. TAUTKUS ISO ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (Case No. CV 08-02973 MMC)**
DB2/20766121.1

1

1   I, Rita E. Tautkus, declare as follows:

2   1. I am Of Counsel with the law firm of Morgan, Lewis & Bockius LLP, attorneys of
record for University of Pittsburgh. I am licensed to practice law before the Courts for the State of
California. The matters referred to in my declaration are based on my personal knowledge and, if
called as a witness, I could and would testify competently to those matters.

2. I make this declaration to supplement my declaration made on July 11, 2008 (Docket
No. 36) in support of Plaintiff's Administrative Motion to File Certain Documents Under Seal to
University of Pittsburgh's Opposition to Transfer by Varian Medical Systems, Inc. (Docket No. 35),
filed the same day.

3. Exhibit 3 consists of excerpts from the deposition transcript of Sam David Castellino.
This deposition was designated as Confidential Attorney Eyes Only by Varian Medical Systems, Inc.
pursuant to the Protective Order (Docket No. 29, as amended Docket No. 331) entered in the
Western District of Pennsylvania action, Case No. 07-0491.

4. Exhibit 4 consists of excerpts from the deposition transcript of Michael Sing Chen.
This deposition was designated as Confidential Attorney Eyes Only by Varian Medical Systems, Inc.
pursuant to the Protective Order (Docket No. 29, as amended Docket No. 331) entered in the
Western District of Pennsylvania action, Case No. 07-0491.

5. Exhibit 5 consists of excerpts from the deposition transcript of Martin J. Kandes.
This deposition was designated as Confidential Attorney Eyes Only by Varian Medical Systems, Inc.
pursuant to the Protective Order (Docket No. 29, as amended Docket No. 331) entered in the
Western District of Pennsylvania action, Case No. 07-0491.

6. Exhibit 6 consists of excerpts from the deposition transcript of Stanley Mansfield.
This deposition was designated as Confidential Attorney Eyes Only by Varian Medical Systems, Inc.
pursuant to the Protective Order (Docket No. 29, as amended Docket No. 331) entered in the
Western District of Pennsylvania action, Case No. 07-0491.

7. Exhibit 7 consists of excerpts from the deposition transcript of Richard Morse. This
deposition was designated as Confidential Attorney Eyes Only by Varian Medical Systems, Inc.

1  pursuant to the Protective Order (Docket No. 29, as amended Docket No. 331) entered in the
2  Western District of Pennsylvania action, Case No. 07-0491.
3       8.   Exhibit 8 consists of excerpts from the deposition transcript of Hassan Mostafavi.
4  This deposition was designated as Confidential Attorney Eyes Only by Varian Medical Systems, Inc.
5  pursuant to the Protective Order (Docket No. 29, as amended Docket No. 331) entered in the
6  Western District of Pennsylvania action, Case No. 07-0491.
7       9.   Exhibit 9 consists of excerpts from the deposition transcript of George Zdasiuk.  This
8  deposition was designated as Confidential Attorney Eyes Only by Varian Medical Systems, Inc.
9  pursuant to the Protective Order (Docket No. 29, as amended Docket No. 331) entered in the
10  Western District of Pennsylvania action, Case No. 07-0491.
11      10.   Exhibit 10 consists of excerpts from the deposition transcript of non-party Majid
12  Riaziat.  This deposition was designated as Confidential Attorney Eyes Only by Matthew Poppe,
13  counsel for Varian Medical Systems, Inc. and non-party Majid Riaziat, pursuant to the Protective
14  Order (Docket No. 29, as amended Docket No. 331) entered in the Western District of Pennsylvania
15  action, Case No. 07-0491.
16      11.   Exhibit 20 is a document produced in the Western District of Pennsylvania action,
17  Case No. 07-0491, by non-party Majid Riaziat with bates number MR00000073, marked as Exhibit
18  12 at the deposition of Majid Riaziat on October 5, 2007.  This document was designated as
19  Confidential Attorney Eyes Only by counsel for Varian Medical Systems, Inc. and non-party Majid
20  Riaziat pursuant to the Protective Order (Docket No. 29, as amended Docket No. 331) entered in the
21  Western District of Pennsylvania action, Case No. 07-0491.
22      12.   Exhibit 21 is a document produced in the Western District of Pennsylvania action,
23  Case No. 07-0491, by Varian with bates numbers VAR00330305 to VAR00330313, marked as
24  Exhibit 13 at the deposition of non-party Majid Riaziat on October 5, 2007.  This document was
25  designated as Confidential Attorney Eyes Only by Varian Medical Systems, Inc. pursuant to the
26  Protective Order (Docket No. 29, as amended Docket No. 331) entered in the Western District of
27  Pennsylvania, Case No. 07-0491.
28

1   13.     Exhibit 23 consists of excerpts from the deposition transcript of Karun B. Shimoga. This deposition was designated as Confidential Attorney Eyes Only by counsel for University of Pittsburgh and non-party Karun B. Shimoga pursuant to the Protective Order (Docket No. 29, as amended Docket No. 331) entered in the Western District of Pennsylvania action, Case No. 07-0491. However, the designation of Confidential Attorney Eyes Only for the three pages included in Exhibit 23, namely pages 1, 2, and 7, is hereby withdrawn, and hence Exhibit 23 can be filed in the public record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 17th day of July, 2008, at San Francisco, California.

By: /s/ Rita E. Tautkus
Rita E. Tautkus

SUPPLEMENTAL DECLARATION OF RITA E. TAUTKUS ISO ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
(Case No. CV 08-02973 MMC)             4
DB2/20766121.1