WILLIAM L. ANTHONY, JR.  (State Bar No. 166026)
wanthony@orrick.com
MATTHEW H. POPPE  (State Bar No. 177854)
mpoppe@orrick.com
ZHENG LIU  (State Bar No. 229311)
jenliu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone:     +1-650-614-7400
Facsimile:      +1-650-614-7401

Attorneys for Defendant
VARIAN MEDICAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH, a Pennsylvania non-profit corporation (educational),<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VARIAN MEDICAL SYSTEMS, INC., a Delaware corporation,<br><br>　　　　　　Defendant. | Case No.  CV 08-02973 MMC<br><br>**PROOF OF SERVICE** |

160457954

1

**PROOF OF SERVICE**

2      I am a resident of the State of New York and over the age of eighteen years, and not a

3  party to the within action.  On July 17, 2008, I served the within document(s):

4

    **1.    SUPPLEMENTAL DECLARATION OF MATTHEW H. POPPE IN SUPPORT OF
5           VARIAN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS
           TO SEALED POPPE DECLARATION**
6

    **2.    ORDER RE: DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER
7           SEAL EXHIBITS TO SEALED POPPE DECLARATION; PLAINTIFF'S
           ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL**
8

9   | X | By transmitting via e-mail the document(s) listed above to the e-mail address(s) set forth below on July 17, 2008. |
   |---|---|
10

11  William B. Mallin, Special Counsel          Counsel for Eckert Seamans
    Eckert Seamans
12  U.S. Steel Tower
    600 Grant Street, 44th Floor
13  Pittsburgh, PA
    wmallin@eckertseamans.com
14

15      Executed on July 18, 2008 at New York, New York.  I declare under penalty of perjury

16  under the laws of the State of New York that the foregoing is true and correct.

17

18  _____
                    Bridgette Ahn
19

20

21

22

23

24

25

26

27

28

160457954                              - 1 -                    PROOF OF SERVICE
                                                            (Case No. CV 08-02973 MMC)

1   WILLIAM L. ANTHONY, JR.  (State Bar No. 166026)
    wanthony@orrick.com
2   MATTHEW H. POPPE  (State Bar No. 177854)
    mpoppe@orrick.com
3   ZHENG LIU  (State Bar No. 229311)
    jenliu@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
5   Menlo Park, California 94025
    Telephone:    +1-650-614-7400
6   Facsimile:    +1-650-614-7401

7   Attorneys for Defendant
    VARIAN MEDICAL SYSTEMS, INC.
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13   UNIVERSITY OF PITTSBURGH OF THE        Case No.  CV 08-02973 MMC
     COMMONWEALTH SYSTEM OF HIGHER
14   EDUCATION d/b/a UNIVERSITY OF          **PROOF OF SERVICE**
     PITTSBURGH, a Pennsylvania non-profit
15   corporation (educational),

16              Plaintiff,

17        v.

18   VARIAN MEDICAL SYSTEMS, INC., a
     Delaware corporation,
19
                Defendant.
20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I am a resident of the State of New York and over the age of eighteen years, and not a party to the within action.  On July 17, 2008, I served the within document(s):

1.  **SUPPLEMENTAL DECLARATION OF MATTHEW H. POPPE IN SUPPORT OF VARIAN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO SEALED POPPE DECLARATION**

2.  **ORDER RE: DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO SEALED POPPE DECLARATION; PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL**

| X | By transmitting via e-mail the document(s) listed above to the e-mail address(s) set forth below on July 17, 2008. |
|---|---|

Alexander J. Ciocca, Associate Counsel          Counsel for University of Pittsburgh Medical
University of Pittsburgh Medical Center          Center
Corporate Legal Department
600 Grant Street – 28th Floor
Pittsburgh, PA 15219
cioccaaj@upmc.edu

Executed on July 18, 2008 at New York, New York.  I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____
Bridgette Ahn

1  WILLIAM L. ANTHONY, JR.  (State Bar No. 166026)
   wanthony@orrick.com
2  MATTHEW H. POPPE  (State Bar No. 177854)
   mpoppe@orrick.com
3  ZHENG LIU  (State Bar No. 229311)
   jenliu@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, California 94025
   Telephone:    +1-650-614-7400
6  Facsimile:    +1-650-614-7401

7  Attorneys for Defendant
   VARIAN MEDICAL SYSTEMS, INC.
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

13  UNIVERSITY OF PITTSBURGH OF THE          Case No.  CV 08-02973 MMC
    COMMONWEALTH SYSTEM OF HIGHER
14  EDUCATION d/b/a UNIVERSITY OF            **PROOF OF SERVICE**
    PITTSBURGH, a Pennsylvania non-profit
15  corporation (educational),

16              Plaintiff,

17      v.

18  VARIAN MEDICAL SYSTEMS, INC., a
    Delaware corporation,

19              Defendant.

20

21

22

23

24

25

26

27

28

160457950

## PROOF OF SERVICE

I am a resident of the State of New York and over the age of eighteen years, and not a party to the within action.  On July 17, 2008, I served the within document(s):

1.  **SUPPLEMENTAL DECLARATION OF MATTHEW H. POPPE IN SUPPORT OF VARIAN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO SEALED POPPE DECLARATION**

2.  **ORDER RE: DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO SEALED POPPE DECLARATION; PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL**

| X | By transmitting via e-mail the document(s) listed above to the e-mail address(s) set forth below on July 17, 2008. |
|---|---|

James A. Mercolini                          Counsel for Carnegie Mellon University
Associate General Counsel
Carnegie Mellon University
5000 Forbes Avenue
Pittsburgh, PA 15213
jamercol@andrew.cmu.edu

Daniel J. Munsch
Assistant General Counsel
Carnegie Mellon University
5000 Forbes Avenue
Pittsburgh, PA 15213
dmunsch@andrew.cmu.edu

Executed on July 18, 2008 at New York, New York.  I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Bridgette Ahn

160457950

- 1 -

PROOF OF SERVICE
(Case No. CV 08-02973 MMC)

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of PROOFS OF SERVICE of service on third parties, Eckert Seamans, University of Pittsburgh Medical Center, and Carnegie Mellon University, for the following documents:

1.    Supplemental Declaration of Matthew H. Poppe in Support of Varian's Administrative Motion to File Under Seal Exhibits to Sealed Poppe Declaration

2.    Order Re: Defendant's Administrative Motion to File Under Seal Exhibits to Sealed Poppe Declaration; Plaintiff's Administrative Motion to File Certain Documents Under Seal

were served upon the University of Pittsburgh, through its counsel, via:

    _____    Hand-Delivery

    _____    Facsimile

    _____    First Class, US Mail, Postage Prepaid

    _____    Certified Mail-Return Receipt Requested

    \_\_\_X\_\_\_    ECF Electronic Service

    _____    Overnight Delivery

at the following addresses:

Rita E. Tautkus
Morgan Lewis & Bockius, LLP
One Market – Spear Street Tower
San Francisco, CA   94105
rtautkus@morganlewis.com

Dated:  July 18, 2008              /s/ Matthew H. Poppe
                                   Matthew H. Poppe