1   WILLIAM L. ANTHONY, JR.  (State Bar No. 106908)
    wanthony@orrick.com
2   MATTHEW H. POPPE  (State Bar No. 177854)
    mpoppe@orrick.com
3   ZHENG LIU  (State Bar No. 229311)
    jenliu@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
5   Menlo Park, California 94025
    Telephone:      +1-650-614-7400
6   Facsimile:      +1-650-614-7401

7   Attorneys for Defendant
    VARIAN MEDICAL SYSTEMS, INC.
8

                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12

13   UNIVERSITY OF PITTSBURGH OF THE           Case No.  CV 08-02973 MMC
     COMMONWEALTH SYSTEM OF HIGHER
14   EDUCATION d/b/a UNIVERSITY OF             **REPLY DECLARATION OF**
     PITTSBURGH, a Pennsylvania non-profit     **MATTHEW H. POPPE IN SUPPORT**
15   corporation (educational),                **OF VARIAN'S MOTION TO**
                                               **TRANSFER ACTION TO U.S.**
16                    Plaintiff,               **DISTRICT COURT FOR WESTERN**
                                               **DISTRICT OF PENNSYLVANIA**
17        v.
                                               Date:        August 29, 2008
18   VARIAN MEDICAL SYSTEMS, INC., a           Time:        9:00 a.m.
     Delaware corporation,                     Courtroom:   7, 19th Floor
19
                      Defendant.
20

21

22

23

24

25

26

27

28

1    I, Matthew H. Poppe, declare:

2    1.    I am a partner in the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"),

3    counsel of record for defendant Varian Medical Systems, Inc. ("Varian") in this action and in

4    *University of Pittsburgh v. Varian Medical Systems, Inc.*, Case No. 2:07-cv-00491-AJS, in the

5    Western District of Pennsylvania (the "Penn. Case").  I am licensed to practice law in the State of

6    California.  I have personal knowledge of the facts stated herein, except where otherwise stated,

7    and I could and would testify to those facts if called as a witness.

8    2.    In March 2008, the court in the Penn. Case requested that each party submit a

9    letter to the court addressing that party's views of the merits of the case in preparation for a

10    settlement conference to be conducted by the court.  In response, Varian submitted a nine-page,

11    single-spaced letter.

12    3.    Early in the case, Varian issued a subpoena to non-party inventor Andre Kalend.

13    We were informed by our process server that he refused to accept service, literally tossing the

14    subpoena back at the process server and appearing angry.  Only later did UPitt's counsel inform

15    us that they would represent Dr. Kalend and accept service on his behalf.  Dr. Kalend refused to

16    make himself available for deposition until the last day of the discovery period, and he did not

17    produce any documents pursuant to the subpoena until the day before the close of discovery,

18    despite the fact that the subpoena called for the production of documents much earlier.  Moreover,

19    he produced documents in California despite the fact that his deposition was occurring in West

20    Virginia.  Later, Varian obtained a court order directing him to organize his documents in a more

21    orderly fashion.  Varian also issued a subpoena to non-party inventor Charalambos Athanassiou.

22    Shortly before the scheduled date for his deposition, Varian was informed by UPitt's counsel that

23    he would not appear for his scheduled deposition in Pittsburgh.  Thereafter, UPitt's counsel

24    informed us and the Court that Mr. Athanassiou was not responding to their messages.  Only

25    later, after the close of discovery, did Dr. Athanassiou resurface and make himself available for a

26    deposition.

27    ///

28    ///

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.  Executed in Menlo Park, California on July 18, 2008.

3

4                    /s/ Matthew H. Poppe
                          Matthew H. Poppe
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the REPLY DECLARATION OF

MATTHEW H. POPPE IN SUPPORT OF VARIAN'S MOTION TO TRANSFER ACTION TO

U.S. DISTRICT COURT FOR WESTERN DISTRICT OF PENNSYLVANIA was served upon

the University of Pittsburgh, through its counsel, via:

| | |
|---|---|
| _____X_____ | Hand-Delivery |
| _____ | Facsimile |
| _____ | First Class, US Mail, Postage Prepaid |
| _____ | Certified Mail-Return Receipt Requested |
| _____ | ECF Electronic Service |
| _____ | Overnight Delivery |

at the following addresses:

Rita E. Tautkus
Morgan Lewis & Bockius, LLP
One Market – Spear Street Tower
San Francisco, CA   94105
rtautkus@morganlewis.com

Dated:  July 18, 2008                      _____/s/ Matthew H. Poppe_____
                                                          Matthew H. Poppe