WILLIAM L. ANTHONY, JR.  (State Bar No. 166026)
wanthony@orrick.com
MATTHEW H. POPPE  (State Bar No. 177854)
mpoppe@orrick.com
ZHENG LIU  (State Bar No. 229311)
jenliu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone:      +1-650-614-7400
Facsimile:      +1-650-614-7401

Attorneys for Defendant
VARIAN MEDICAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH, a Pennsylvania non-profit corporation (educational),<br><br>Plaintiff,<br><br>v.<br><br>VARIAN MEDICAL SYSTEMS, INC., a Delaware corporation,<br><br>Defendant. | Case No.  CV 08-02973 MMC<br><br>**DECLARATION OF MATTHEW H. POPPE RE: E-FILING OF DECLARATION OF HASSAN MOSTAFAVI** |

1

2          I, Matthew H. Poppe, declare:

3          1.      I am a member of the bar of the State of California and a partner with

4 Orrick, Herrington & Sutcliffe LLP, counsel of record for plaintiff Varian Medical Systems, Inc.

5 I make this declaration of my own personal knowledge and, if called as a witness, I could and

6 would testify to the truth of the matters set forth herein.

7          2.      I am a user of the Court's Electronic Case File ("ECF") program.

8          3.      I hereby attest that I obtained the concurrence of Hassan Mostafavi  in the

9 filing of the Declaration of Hassan Mostafavi in Support of Varian's Administrative Motion to

10 File under Seal Exhibits to Sealed Poppe Declaration.

11          I declare under penalty of perjury under the laws of the United States that the

12 foregoing is true and correct.  Executed on July 22, 2008 in Menlo Park, California.

13

14                              _____/s/ Matthew H. Poppe_____
                                          Matthew H. Poppe

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2

3    I hereby certify that a true and correct copy of the DECLARATION OF MATTHEW H.

POPPE RE:  E-FILING OF DECLARATION OF HASSAN MOSTAFAVI was served upon the

4

University of Pittsburgh, through its counsel, via:

5

6
          _____ _____          Hand-Delivery
7
          _____          Facsimile
8
          _____          First Class, US Mail, Postage Prepaid
9
          _____          Certified Mail-Return Receipt Requested
10
          _____X_____          ECF Electronic Service
11
          _____          Overnight Delivery
12

13

14    at the following addresses:

15                         Rita E. Tautkus
                     Morgan Lewis & Bockius, LLP
16                   One Market – Spear Street Tower
                       San Francisco, CA  94105
17                    rtautkus@morganlewis.com

18
Dated:  July 22, 2008                    ____/s/ Matthew H. Poppe_____
19                                           Matthew H. Poppe

20

21

22

23

24

25

26

27

28

160459342                        -1-         **DECLARATION OF MATTHEW H. POPPE RE: E-
                                              FILING OF DECLARATION OF HASSAN MOSTAFAVI**.
                                              (CASE NO. CV 08-02973 MMC)