1   WILLIAM L. ANTHONY, JR.  (State Bar No. 106908)
    wanthony@orrick.com
2   MATTHEW H. POPPE  (State Bar No. 177854)
    mpoppe@orrick.com
3   ZHENG LIU  (State Bar No. 229311)
    jenliu@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
5   Menlo Park, California 94025
    Telephone:     +1-650-614-7400
6   Facsimile:     +1-650-614-7401

7   Attorneys for Defendant
    VARIAN MEDICAL SYSTEMS, INC.
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13  UNIVERSITY OF PITTSBURGH OF THE              Case No.  CV 08-02973 MMC
    COMMONWEALTH SYSTEM OF HIGHER
14  EDUCATION d/b/a UNIVERSITY OF                **[PROPOSED] ORDER GRANTING
    PITTSBURGH, a Pennsylvania non-profit        VARIAN'S MOTION TO DISMISS
15  corporation (educational),                   PLAINTIFF'S CLAIMS PURSUANT
                                                 TO FED. R. CIV. P. 12(B)(6) BASED
16                  Plaintiff,                   ON DOCTRINE OF RES JUDICATA**

17          v.

18  VARIAN MEDICAL SYSTEMS, INC., a
    Delaware corporation,
19
                    Defendant.
20

21

22

23

24

25

26

27

28

1      Having considered Defendant Varian Medical Systems, Inc.'s Motion to Dismiss and

2   supporting papers, together with any opposition or reply papers on file, the pleadings and papers

3   on file, and arguments of counsel:

4      **IT IS HEREBY ORDERED THAT:**

5      Varian Medical Systems, Inc.'s Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) is

6   hereby **GRANTED.**  Plaintiff's Complaint is barred by the doctrine of res judicata because the

7   parties and claims are the same as in a prior action in the United States District Court for the

8   Western District of Pennsylvania, Civil Action No. 2:07-cv-00491-AJS, which resulted in a final

9   judgment on the merits in Varian's favor entered on June 16, 2008.  *See, e.g., Lubrizol Corp. v.*

10  *Exxon Corp.*, 929 F.2d 960 (3d Cir. 1991); *Scott v. Kuhlmann*, 746 F.2d 1377 (9th Cir. 1984).

11      **IT IS SO ORDERED.**

12      Dated: _____, 2008

13

14                    By:_____

                             UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OHS West:260479488.1                   - 1 -         [PROPOSED] ORDER GRANTING VARIAN'S
                                                MOTION TO DISMISS BASED ON RES JUDICATA
                                                    (Case No. CV 08-02973 MMC)