1  WILLIAM L. ANTHONY, JR. (State Bar No. 106908)
   wanthony@orrick.com
2  MATTHEW H. POPPE (State Bar No. 177854)
   mpoppe@orrick.com
3  ZHENG LIU (State Bar No. 229311)
   jenliu@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, California 94025
   Telephone:    +1-650-614-7400
6  Facsimile:    +1-650-614-7401

7  Attorneys for Defendant
   VARIAN MEDICAL SYSTEMS, INC.
8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                             SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH, a Pennsylvania non-profit corporation (educational),<br><br>Plaintiff,<br><br>v.<br><br>VARIAN MEDICAL SYSTEMS, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 08 2973 MMC<br><br>**NOTICE OF CORRECTION**<br><br>Date:       September 5, 2008<br>Time:       9:00 a.m.<br>Courtroom: 7, 19th Floor<br><br>**Filed Electronically** |

OHS West:260482044.1                                            NOTICE OF CORRECTION
                                                                (Case No. CV 08-02973 MMC)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 23, 2008, Varian Medical Systems, Inc. ("Varian") filed a Notice of Motion and Motion to Dismiss Plaintiff's Claims Pursuant To Fed. R. Civ. P. 12(B)(6) Based On Doctrine Of Res Judicata; Memorandum Of Points And Authorities In Support Thereof ("Notice of Motion and Motion to Dismiss") and failed to include the Table of Contents and Table of Authorities. Therefore, Varian is filing concurrently with this notice a Corrected Notice of Motion and Motion to Dismiss which includes these tables. The Corrected Notice of Motion and Motion to Dismiss is otherwise the same as the original.

Dated: July 25, 2008.

                WILLIAM L. ANTHONY
                MATTHEW H. POPPE
                ZHENG LIU
                ORRICK, HERRINGTON & SUTCLIFFE LLP

By:       /s/ *Matthew H. Poppe*
                Matthew H. Poppe
                Attorneys for Defendant
                VARIAN MEDICAL SYSTEMS, INC.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the NOTICE OF CORRECTION was served upon the University of Pittsburgh, through its counsel, via:

| | |
|---|---|
| _____ | Hand-Delivery |
| _____ | Facsimile |
| _____ | First Class, US Mail, Postage Prepaid |
| _____ | Certified Mail-Return Receipt Requested |
| \_\_\_\_X\_\_\_\_ | ECF Electronic Service |
| _____ | Overnight Delivery |

at the following addresses:

Rita E. Tautkus  
Morgan Lewis & Bockius, LLP  
One Market – Spear Street Tower  
San Francisco, CA   94105  
rtautkus@morganlewis.com

Dated:  July 25, 2008          /s/ *Matthew H. Poppe*  
                                        Matthew H. Poppe

OHS West:260482044.1           - 2 -           NOTICE OF CORRECTION.  
(Case No. CV 08-02973 MMC)