1   DANIEL JOHNSON, JR. (SBN 57409)
    RITA E. TAUTKUS (SBN 162090)
2   MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
3   San Francisco CA 94105
    Telephone:  (415) 442-1000
4   Facsimile:  (415) 442-1001
    Email:  djjohnson@morganlewis.com
5   Email:  rtautkus@morganlewis.com

6   Attorneys for Plaintiff
    UNIVERSITY OF PITTSBURGH

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  UNIVERSITY OF PITTSBURGH OF THE
    COMMONWEALTH SYSTEM OF HIGHER
    EDUCATION d/b/a UNIVERSITY OF
13  PITTSBURGH

14            Plaintiff,

15      v.

16  VARIAN MEDICAL SYSTEMS, INC.

17            Defendant.

18

| | |
|---|---|
| | Case No. CV 08-02973 MMC |
| | **PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF A DOCUMENT TO UNIVERSITY OF PITTSBURGH'S REQUEST FOR JUDICIAL NOTICE ISO ITS OPPOSITION TO VARIAN MEDICAL SYSTEMS, INC.'S MOTION TO DISMISS** |
| | Date:  September 5, 2008 |
| | Time:  9:00 a.m. |
| | Courtroom 7, 19th Floor |

19

20

21

22

23

24

25

26

27

28

**PLAINTIFF'S ADMIN MOTION TO FILE UNDER SEAL PORTIONS OF A DOCUMENT**
**(Case No. CV 08-02973 MMC)**
DB2/20806161.1

1

1    **ADMINISTRATIVE MOTION TO FILE PORTIONS OF A DOCUMENT UNDER SEAL**

2    　　　　Pursuant to Civil L.R. 79-5 and 7-11, Plaintiff University of Pittsburgh ("UPitt") respectfully

3    requests leave of the Court to file under seal portions of the following exhibit to University of

4    Pittsburgh's Request for Judicial Notice in Support of Its Opposition to Varian Medical Systems,

5    Inc's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6) that have been lodged with the Clerk:

6    　　　　1.　　　　Exhibit 2:  Memorandum in Support of Defendant Varian Medical Systems, Inc.'s

7    Motion for Summary Judgment for Lack of Standing, Or in the Alternative, Motion for a

8    Preliminary Hearing on the Issue of Standing filed under seal by Varian Medical Systems, Inc. on

9    November 21, 2007, Docket No. 128, in the Western District of Pennsylvania action, Case No. 07-

10    0491.  This memorandum contains information from documents that were designated as Confidential

11    Attorney Eyes Only by University of Pittsburgh pursuant to the Protective Order (Docket No. 29, as

12    amended Docket No. 331) entered in the Western District of Pennsylvania action, Case No. 07-0491.

13    　　　　As per Civ. L.R. 79-5(c)(1), University of Pittsburgh files herewith the Declaration of Laura

14    Hillock in Support of University of Pittsburgh's Administrative Motion to File Under Seal Portions

15    of a Document establishing that portions of Exhibit 2 designated by University of Pittsburgh as

16    confidential are sealable.

17    　　　　As required by Civ. L.R. 79-5(c), UPitt is lodging with the Clerk two copies of Exhibit 2

18    with the sealable portions identified for filing under seal, and a redacted version of Exhibit 2 that can

19    be filed in the public record.

20

21    Dated:  August 15, 2008　　　　　　　　MORGAN LEWIS & BOCKIUS LLP

22

23    　　　　　　　　　　　　　　　　By: /s/ Rita E. Tautkus

24    　　　　　　　　　　　　　　　　　　Rita E. Tautkus
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

25    　　　　　　　　　　　　　　　　　　UNIVERSITY OF PITTSBURGH

26

27

28

PLAINTIFF'S ADMIN MOTION TO FILE UNDER SEAL PORTIONS OF A DOCUMENT　　　　　　2
**(Case No. CV 08-02973 MMC)**
DB2/20806161.1

1   DANIEL JOHNSON, JR. (SBN 57409)
    RITA E. TAUTKUS (SBN 162090)
2   MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
3   San Francisco CA 94105
    Telephone:  (415) 442-1000
4   Facsimile:  (415) 442-1001
    Email:  djjohnson@morganlewis.com
5   Email:  rtautkus@morganlewis.com

6   Attorneys for Plaintiff
    UNIVERSITY OF PITTSBURGH
7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11                                          Case No. CV 08-02973 MMC

    UNIVERSITY OF PITTSBURGH OF THE
12  COMMONWEALTH SYSTEM OF HIGHER
    EDUCATION d/b/a UNIVERSITY OF           **STIPULATION AND [PROPOSED]**
13  PITTSBURGH                              **ORDER GRANTING PLAINTIFF'S**
                                            **ADMINISTRATIVE MOTION TO FILE**
14           Plaintiff,                     **UNDER SEAL PORTIONS OF A**
                                            **DOCUMENT TO UNIVERSITY OF**
15      v.                                  **PITTSBURGH'S REQUEST FOR**
                                            **JUDICIAL NOTICE ISO OF ITS**
16  VARIAN MEDICAL SYSTEMS, INC.            **OPPOSITION TO VARIAN MEDICAL**
                                            **SYSTEM INC.'S MOTION TO DISMISS.**
17           Defendant.

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER GRANTING ADMIN. MOTION TO FILE UNDER SEAL PORTIONS OF A DOCUMENT          1
(Case No. CV 08-02973 MMC)
DB2/20806179.1

1      WHEREAS, Defendant Varian Medical Systems, Inc. filed under seal a Memorandum in

2  Support of Defendant Varian Medical Systems, Inc.'s Motion for Summary Judgment for Lack of

3  Standing, Or in the Alternative, Motion for a Preliminary Hearing on the Issue of Standing

4  ("Varian's SJ Brief") on November 21, 2007, Docket No. 128, in the Western District of

5  Pennsylvania action, Case No. 07-0491.

6      WHEREAS, Varian's SJ Brief contains information from documents that were designated as

7  Confidential Attorney Eyes Only by University of Pittsburgh pursuant to the Protective Order

8  (Docket No. 29, as amended Docket No. 331) entered in the Western District of Pennsylvania action,

9  Case No. 07-0491.

10      WHEREAS, Defendant Varian Medical Systems, Inc. has filed in this Court Defendant

11  Varian Medical Systems, Inc.'s Notice of Motion and Motion to Dismiss Plaintiff's Claims Pursuant

12  to Fed. R. Civ. P. 12(b)(6) Based on Doctrine of Res Judicata; Memorandum of Points and

13  Authorities in Support Thereof, Docket No. 50, on July 23, 2008.

14      WHEREAS, Plaintiff University of Pittsburgh intends to file an opposition to Defendant's

15  Motion to Dismiss Plaintiff's Claims Pursuant to Fed. R. Civ. P. 12(b)(6) Based on Doctrine of Res

16  Judicata.

17      WHEREAS, Plaintiff University of Pittsburgh intends to file a Request for Judicial Notice in

18  Support of Its Opposition to Varian's Motion to Dismiss.

19      WHEREAS, Plaintiff University of Pittsburgh seeks to file under seal confidential portions

20  of Varian's SJ Brief as an exhibit to its request for judicial notice.

21      THEREFORE, Plaintiff University of Pittsburgh, by and through its attorneys, hereby request

22  that the Court order to be filed under seal the portions of Varian's SJ Brief indicated in Plaintiff's

23  Administrative Motion to File Under Seal Portions of a Document to University of Pittsburgh's

24  Request for Judicial Notice ISO Its Opposition to Varian Medical Systems, Inc.'s Motion to

25  Dismiss, and Varian Medical Systems, Inc., by and through its attorneys, consent to entry of such an

26  order.

27

28

STIP. AND [PROPOSED] ORDER GRANTING ADMIN. MOTION TO FILE UNDER SEAL PORTIONS OF A DOCUMENT     2
(Case No. CV 08-02973 MMC)
DB2/20806179.1

1    Dated:  August 15, 2008                    DANIEL JOHNSON, JR.
                                               RITA E. TAUTKUS
2                                              MORGAN LEWIS & BOCKIUS LLP

3

4                                              By: /s/ Rita E. Tautkus

5                                                  Rita E. Tautkus
                                                   Attorneys for Plaintiff
6                                                  UNIVERSITY OF PITTSBURGH

7

8

9

10   Dated:  August 15, 2008                    WILLIAM L. ANTHONY
                                               MATTHEW H. POPPE
11                                             ZHENG LIU
                                               ORRICK, HERRINGTON & SUTCLIFFE LLP
12

13

14                                             By: /s/ Zheng Liu

                                                   Zheng Liu
15                                                 Attorneys for Defendant
                                                   VARIAN MEDICAL SYSTEMS, INC.
16

17

18          Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Rita E. Tautkus,

19   attest that concurrence in the filing of this document has been obtained from each of the other

20   signatories.  I declare under penalty of perjury under the laws of the United States of America that

21   the foregoing is true and correct.  Executed this 15th day of August, 2008, at San Francisco,

22   California.

23

24                                                    /s/ Rita E. Tautkus
                                                      Rita E. Tautkus
25

26

27

28

STIP. AND [PROPOSED] ORDER GRANTING ADMIN. MOTION TO FILE UNDER SEAL PORTIONS OF A DOCUMENT          3
(Case No. CV 08-02973 MMC)
DB2/20806179.1

1

<u>ORDER</u>

2    Upon good cause shown, IT IS HEREBY ORDERED that Plaintiff's Administrative Motion

3 to File Under Seal Portions of a Document is GRANTED as follows:

4    The portions of Exhibit 2 to University of Pittsburgh's Request for Judicial Notice in Support

5 of Its Opposition to Varian Medical Systems Inc.'s Motion to Dismiss Under Fed. R. Civ. P.

6 12(b)(6) identified by University of Pittsburgh as sealable in the document lodged with the Clerk in a

7 sealed envelope labeled "DOCUMENT SUBMITTED UNDER SEAL" in connection with its

8 request for judicial notice SHALL be filed UNDER SEAL by the Clerk.

9

10 IT IS SO ORDERED.

11 Dated: _____, 2008                    _____

12                                               The Honorable Maxine M. Chesney
                                                United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIP. AND [PROPOSED] ORDER GRANTING ADMIN. MOTION TO FILE UNDER SEAL PORTIONS OF A DOCUMENT**    4
**(Case No. CV 08-02973 MMC)**
DB2/20806179.1