1  DANIEL JOHNSON, JR. (SBN 57409)
   RITA E. TAUTKUS (SBN 162090)
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco CA 94105
   Telephone: (415) 442-1000
4  Facsimile: (415) 442-1001
   Email: djjohnson@morganlewis.com
5  Email: rtautkus@morganlewis.com

6  Attorneys for Plaintiff
   UNIVERSITY OF PITTSBURGH
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11 

| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH,<br><br>             Plaintiff,<br><br>   v.<br><br>VARIAN MEDICAL SYSTEMS, INC.<br><br>             Defendant. | Case No. CV 08-02973 MMC<br><br>**DECLARATION OF LAURA HILLOCK IN SUPPORT OF UNIVERSITY OF PITTSBURGH'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF A DOCUMENT**<br><br>Date: September 5, 2008<br>Time: 9:00 a.m.<br>Courtroom 7, 19th Floor |
|---|---|

**DECL. OF LAURA HILLOCK ISO UPITT'S ADMIN. MOT. TO FILE UNDER SEAL PORTIONS OF A DOCUMENT**
**(Case No. CV 08-02973 MMC)**                                                1
DB2/20806159.1

I, Laura Hillock, declare as follows:

1.  I am an Associate General Counsel of the University of Pittsburgh.  I am authorized to represent University of Pittsburgh.  The matters referred to in my declaration are based on my personal knowledge and, if called as a witness, I could and would testify competently to those matters.

2.  I have reviewed the Memorandum in Support of Defendant Varian Medical Systems, Inc.'s Motion for Summary for Lack of Standing, Or in the Alternative, Motion for a Preliminary Hearing on the Issue of Standing ("Varian SJ Brief") filed by Varian Medical Systems, Inc. in the Western District of Pennsylvania action, Case No. 07-0491, and attached as Exhibit 2 to University of Pittsburgh's Request for Judicial Notice in Support of Its Opposition to Varian Medical Systems Inc.'s Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6) ("UPitt's Request").  Varian's SJ Brief contains information from documents that were produced by the University of Pittsburgh in the Western District of Pennsylvania action, Case No. 07-0491, and designated as Confidential Attorney Eyes Only by University of Pittsburgh pursuant to the Protective Order (Docket No. 29, as amended Docket No. 331) entered in the Western District of Pennsylvania action, Case No. 07-0491.

3.  I have identified the specific portions of Varian's SJ Brief that contain information that the University of Pittsburgh considers confidential and, therefore, should be sealed.  These sealable portions all contain communications regarding the details of a research agreement between the University of Pittsburgh and Elekta Oncology Systems, Inc.  The parties to the research agreement agreed to keep the details of the research agreement confidential.  Furthermore, the details of this research agreement are commercial information which is not publicly known and is of commercial advantage to University of Pittsburgh.  Accordingly, University of Pittsburgh requests that all of the identified portions of Exhibit 2 to UPitt's Request be filed under seal.

4.  It is my understanding that two copies of Exhibit 2 with the aforementioned identified sealable portions will be lodged with the Clerk in envelopes labeled "DOCUMENT SUBMITTED UNDER SEAL," and that a redacted version of the document will also be logged with the Clerk shortly after the filing of my declaration.  The identified portions of Exhibit 2 referenced herein are the same as those being lodged with the clerk.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct and that this declaration was executed this 15th day of August, 2008,
3  at Pittsburgh, Pennsylvania.

By: /s/ Laura Hillock
Laura Hillock

8  Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Rita E. Tautkus,
9  attest that concurrence in the filing of this document has been obtained from Laura Hillock. I
10 declare under penalty of perjury under the laws of the United States of America that the foregoing is
11 true and correct. Executed this 15th day of August, 2008, at San Francisco, California.

/s/ Rita E. Tautkus
Rita E. Tautkus

DECL. OF LAURA HILLOCK ISO UPITT'S ADMIN. MOT. TO FILE UNDER SEAL PORTIONS OF A DOCUMENT
(Case No. CV 08-02973 MMC)                3
DB2/20806159.1