IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH, a Pennsylvania non-profit corporation (educational),<br><br>    Plaintiff,<br><br>  v.<br><br>VARIAN MEDICAL SYSTEMS, INC., a Delaware corporation,<br><br>    Defendant.<br>_____/ | No. C-08-2973 MMC<br><br>**DIRECTIONS TO PARTIES RE: MOTIONS TO SEAL** |

    Given the considerable amount of time the Court has expended in determining motions to seal in the instant action, which motions were procedurally deficient and ultimately, in most instances, determined to be without merit, and that such lack of merit could have been readily ascertained had the parties met and conferred before filing their respective motions to seal, the Court finds good cause exists to require such procedure with respect to any future motions to seal.

    Accordingly, the parties are hereby ORDERED, when seeking to file under seal a document or portion thereof designated as confidential by another party, to meet and confer to determine whether the designating party objects to the filing in the public docket

1  of the document or portion thereof that the moving party seeks to submit to the Court. Any
2  future motion to seal must contain a certification by the moving party that such conference
3  occurred, and, absent such certification, the motion to seal will be denied.

4  **IT IS SO ORDERED.**

5  Dated: August 19, 2008

_____
MAXINE M. CHESNEY
United States District Judge