1  DANIEL JOHNSON, JR. (SBN 57409)
   RITA E. TAUTKUS (SBN 162090)
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco CA 94105
   Telephone:  (415) 442-1000
4  Facsimile:  (415) 442-1001
   Email:  djjohnson@morganlewis.com
5  Email:  rtautkus@morganlewis.com

6  Attorneys for Plaintiff
   UNIVERSITY OF PITTSBURGH

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11
   UNIVERSITY OF PITTSBURGH OF THE          Case No. CV 08-02973 MMC
12 COMMONWEALTH SYSTEM OF HIGHER
   EDUCATION d/b/a UNIVERSITY OF            **PLAINTIFF'S SUBMISSION OF**
13 PITTSBURGH                               **EXHIBITS 3-9 TO THE PREVIOUSLY-**
                                            **FILED DECLARATION OF RITA E.**
14           Plaintiff,                     **TAUTKUS IN SUPPORT OF**
                                            **UNIVERSITY OF PITTSBURGH'S**
15      v.                                  **OPPOSITION TO MOTION TO**
                                            **TRANSFER BY VARIAN MEDICAL**
16 VARIAN MEDICAL SYSTEMS, INC.             **SYSTEMS, INC., PER THE COURT'S**
                                            **ORDER OF AUGUST 19, 2008 (DOC.**
17           Defendant.                     **NO. 63)**

18                                          Date:  September 5, 2008
                                            Time:  9:00 a.m.
19                                          Courtroom 7, 19th Floor

20

21

22

23

24

25

26

27

28

Pursuant to the Court's Order Granting in Part and Denying in Part Plaintiff's Administrative Motion to File Exhibits Under Seal, dated August 19, 2008 (Document No. 63), University of Pittsburgh ("UPitt") hereby submits for the public record Exhibits 3-9 that were previously attached as exhibits to the Declaration of Rita E. Tautkus in Support of University of Pittsburgh's Opposition to Motion to Transfer by Varian Medical Systems, Inc., filed on July 11, 2008 (Document No. 34).

I, Rita E. Tautkus, declare and state as follows:

1.      I am Of Counsel with the law firm of Morgan, Lewis & Bockius LLP, attorneys of record for Plaintiff University of Pittsburgh ("UPitt").  I am licensed to practice law before the Courts for the State of California.  I have direct and personal knowledge of the facts set forth in my Declaration and, if called and sworn as a witness, I would competently testify to these facts.

2.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the transcript of the deposition of Sam David Castellino, which was taken on October 16, 2007 in the Western District of Pennsylvania action, Case No. 07-0491.

3.      Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the transcript of the deposition of Michael Sing Chen, which was taken on October 16, 2007 in the Western District of Pennsylvania action, Case No. 07-0491.

4.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the transcript of the deposition of Martin J. Kandes, which was taken on September 28, 2007 in the Western District of Pennsylvania action, Case No. 07-0491.

5.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the transcript of the deposition of Stanley Mansfield, which was taken on October 17, 2007 in the Western District of Pennsylvania action, Case No. 07-0491.

6.      Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the transcript of the deposition of Richard Morse, which was taken on October 2, 2007 in the Western District of Pennsylvania action, Case No. 07-0491.

1      7.     Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the transcript

2   of the deposition of Hassan Mostafavi, which was taken on September 21, 2007 in the Western

3   District of Pennsylvania action, Case No. 07-0491.

4      8.     Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the transcript

5   of the deposition of George Zdasiuk, which was taken on October 4, 2007 in the Western District of

6   Pennsylvania action, Case No. 07-0491.

7      I declare under penalty of perjury under the laws of the United States of America that the

8   foregoing is true and correct and that this declaration was executed this 21st day of August, 2008, at

9   San Francisco, California.

10                        By: /s/ Rita E. Tautkus
11                            Rita E. Tautkus

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 3

Page 1

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

--oOo--

UNIVERSITY OF PITTSBURGH,

08:58:57        Plaintiff,

    vs.             No. 2:07-CV-00491-AJS

VARIAN MEDICAL SYSTEMS,

       Defendant.

                /


VIDEOTAPED DEPOSITION OF SAM DAVID CASTELLINO

THIS TRANSCRIPT HAS BEEN DESIGNATED CONFIDENTIAL

ATTORNEYS' EYES ONLY

Tuesday, October 16, 2007


REPORTED BY:

SUSAN F. MAGEE, RPR, CLR, CSR No. 11661

```
 1              IN THE UNITED STATES DISTRICT COURT

 2               WESTERN DISTRICT OF PENNSYLVANIA

 3                          --o0o--

 4

 5  UNIVERSITY OF PITTSBURGH,

 6        Plaintiff,

 7     vs.                        No. 2:07-CV-00491-AJS

 8  VARIAN MEDICAL SYSTEMS,

 9        Defendant.

10                                /

11

12

13

14

15        Videotaped deposition of

16        SAM DAVID CASTELLINO taken on behalf of the

17        Plaintiff, at Morgan, Lewis & Bockius, LLP,

18        2 Palo Alto Square 3000 El Camino Real,

19        Suite 700, Palo Alto, CA 94306, beginning at

20        8:58 a.m. and ending at 10:14 a.m. on

21        Tuesday, October 16, 2007, before me,

22        SUSAN F. MAGEE, RPR, CLR, CSR No. 11661.

23

24

25
```

08:58:57

Page 6

| | |
|---|---|
| 08:58:27 | 1 |
| 08:58:27 | 2 |

P R O C E E D I N G S :

08:58:40  3        THE VIDEOGRAPHER:  Good morning.  Here

08:58:43  4 begins the deposition of Mr. Sam Castellino in the

08:58:47  5 matter of University of Pittsburgh vs. Varian Medical

08:58:50  6 Systems, Inc.  This case is filed in the

08:58:52  7 United States District Court for the Western District

08:59:01  8 of Pennsylvania, and the case number is

08:59:04  9 2:07-CV-00491-AJS.

08:59:06  10        Today's date is October 16th, and the time

08:59:10  11 is 8:59 a.m.  The location of this deposition is at

08:59:14  12 the Law Offices of Morgan Lewis in Palo Alto,

08:59:16  13 California, and this deposition is being taken on

08:59:18  14 behalf of the plaintiffs.

08:59:23  15        The videographer is Ramon Peraza appearing

08:59:25  16 on behalf of U.S. Legal Support.  The court reporter

08:59:27  17 is Susan Magee appearing on behalf of U.S. Legal

08:59:27  18 Support.

08:59:29  19        Counsel, please identify yourselves for the

08:59:30  20 report and state whom you represent.

08:59:33  21        MR. PAUL:  Darcy Paul of Morgan, Lewis &

08:59:41  22 Bockius for plaintiff the University of Pittsburgh.

08:59:45  23        MR. HANSEN:  John Hansen from Navigant

08:59:46  24 Consulting.

25        MR. HEAFEY:  Michael Heafey from Orrick,

Page 9

1                    SAM DAVID CASTELLINO,

2 having been duly sworn, testified as follows:

3

4                    EXAMINATION BY MR. PAUL

09:02:32  5

09:02:34  6      Q.  Please state for the record your full name.

09:02:37  7      A.  Sam David Castellino.

09:02:40  8      Q.  Mr. Castellino, what is your business

09:02:40  9 address?

09:02:48  10     A.  911 Hansen Way, Building 3.

09:02:50  11     Q.  And the company that you work for is?

09:02:53  12     A.  Varian Medical Systems.

09:02:55  13     Q.  What's your telephone number at Varian?

09:03:00  14     A.  Which phone?

09:03:03  15     Q.  Any direct line that you have is sufficient.

09:03:10  16     A.  It's area code (650) 424-6669.

09:03:15  17     Q.  And what are your home addresses?

09:03:27  18     A.  287 Hershner Court, Los Gatos, California.

09:03:30  19     Q.  And any telephone numbers at the home

09:03:30  20 address?

09:03:32  21     A.  Yes.

09:03:33  22     Q.  And what is that?

09:03:40  23     A.  (408) 879-9341.

09:03:43  24     Q.  Have you ever had your deposition taken,

25 Mr. Castellino?

# EXHIBIT 4

Page 1

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

--oOo--

UNIVERSITY OF PITTSBURGH,

08:58:57          Plaintiff,

        vs.                  No. 2:07-CV-00491-AJS

Varian Medical Systems,

        Defendant.

                        /


VIDEOTAPED DEPOSITION OF MICHAEL SING CHEN

THIS TRANSCRIPT HAS BEEN DESIGNATED CONFIDENTIAL

ATTORNEYS' EYES ONLY

TUESDAY, OCTOBER 16, 2007



REPORTED BY:

SUSAN F. MAGEE, RPR, CLR, CSR No. 11661

1          IN THE UNITED STATES DISTRICT COURT

2          WESTERN DISTRICT OF PENNSYLVANIA

3                      --o0o--

4

5 UNIVERSITY OF PITTSBURGH,

08:58:57   6          Plaintiff,

7      vs.                    No. 2:07-CV-00491-AJS

8 Varian Medical Systems,

9          Defendant.

10                          /

11

12

13

14

15          Videotaped deposition of MICHAEL SING CHEN

16          taken on behalf of the Plaintiff, at Morgan,

17          Lewis & Bockius, LLP, 2 Palo Alto Square

18          3000 El Camino Real, Suite 700, Palo Alto,

19          CA 94306, beginning at 10:25 a.m. and

20          ending at 4:01 p.m. on Tuesday,

21          October 16, 2007, before me, SUSAN F. MAGEE,

22          RPR, CLR, CSR No. 11661.

23

24

25

Page 11

1                    MICHAEL SING CHEN,

2    having been duly sworn, testified as follows:

3

4                    EXAMINATION BY MR. PAUL

10:27:24  5

10:27:26  6        Q.  Please state for the record your full name.

10:27:28  7        A.  Michael Sing Chen.

10:27:32  8        Q.  And Mr. Chen, where do you work?

10:27:34  9        A.  I work at Varian Medical Systems.

10:27:38  10       Q.  Okay.  And what is your business address?

10:27:42  11       A.  3100 Hansen Way, Palo Alto, California.

10:27:44  12       Q.  And what is your business phone number?

10:27:48  13       A.  (650) 424-6161.

10:27:50  14       Q.  Okay.  And what is your personal address or

10:27:51  15  addresses?

10:27:57  16       A.  1436 Stanton Way, San Jose.

10:28:00  17       Q.  Okay.  And what is your personal phone

10:28:00  18  number?

10:28:02  19       A.  Home phone?

10:28:02  20       Q.  Home phone.

10:28:06  21       A.  (408) 416-3611.

10:28:08  22       Q.  Okay.  How long have you lived at this

10:28:09  23  residence?

10:28:14  24       A.  Since April of 2006.

25       Q.  Okay.  And have you ever had your deposition

# EXHIBIT 5

IN THE UNITED STATES DISTRICT

NORTHERN DISTRICT OF CALIFORNIA


UNIVERSITY OF PITTSBURGH,  )
          )
    Plaintiff  )
         ) Case No.
vs.        ) 07-CV-0791 (AJS)
         )
VARIAN MEDICAL SYSTEMS,  ) Western District of
         ) Pennsylvania
         )
    Defendant.  )
         )



HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF MARTIN J. KANDES

September 28, 2007




Reported by:

Rick Posner

CSR No. 5040

Page 2

1                    IN THE UNITED STATES DISTRICT

2                 NORTHERN DISTRICT OF CALIFORNIA

3

4  UNIVERSITY OF PITTSBURGH,        )
                                    )
5              Plaintiff            )
                                    ) Case No.
6  vs.                             )07-CV-0791(AJS)
                                    )
7  VARIAN MEDICAL SYSTEMS,         )Western District of
                                    )Pennsylvania
8                                   )
               Defendant.           )
9  _____)

10

11

12           Deposition of MARTIN J. KANDES taken

13           on behalf of the Plaintiff at

14           3000 El Camino Real, Suite 700

15           Palo Alto, CA beginning at 9:06 a.m.

16           and ending at 2:13 p.m. on Friday,

17           September 28, 2007 before Rick Posner,

18           CSR No. 5040.

19

20

21

22

23

24

25

Page 6

1                    .              MARTIN J. KANDES,

2 Having been first duly sworn, was examined and

3 testified as follows:

4

08:39 5

6              THE VIDEOGRAPHER:  Good morning, here

7 begins the deposition of Mr. Martin Kandes in the

8 matter of University of Pittsburgh versus Varian

9 Medical Systems, Inc., as filed in the United States

09:06 10 District Court for the Western District of

11 Pennsylvania.  The case number is 2:07-CV-00491-AJS.

12              Today's date is September 28th, the time

13 is 9:05 a.m.  This deposition is taking place at the

14 law offices of Morgan, Lewis & Bockius in Palo Alto,

09:06 15 California and is being taken on behalf of the

16 plaintiffs.  The videographer is Ramon Peraza

17 appearing on behalf of US Legal Support.  The court

18 reporter is Rick Posner appearing on behalf of US

19 Legal Support.

09:07 20              Will counsel please identify yourselves

21 for the record.

22 BY MR. JOHNSON:

23         **Q   Daniel Johnson, Jr., for plaintiff,**

24 **University of Pittsburgh, assisting me --**

09:07 25              MR. GEX:  Is Gary Gex.

Page 12

09:12  1  what did your work entail?

    2      A    I worked in the radiation oncology

    3  department and I was the radiation safety officer,

    4  and I was also involved in the diagnostic radiology

09:13  5  department, calibrating x-ray machines, linear

    6  accelerators, typical things that medical physicists

    7  do.

    8      Q    You left Hartford in '76, then where did

    9  you go?

09:13 10      A    Came here to Palo Alto Medical Foundation

    11 across the way, now down the street.

    12      Q    How long were you there.

    13      A    Until '82.

    14      Q    And what did you do for Palo Alto Medical

09:13 15 Foundation?

    16      A    Same thing, I was a medical physicist.

    17      Q    Then you went to Varian?

    18      A    I did, I went to Varian April 12th, 1982.

    19      Q    What was your first position?

09:13 20      A    Product manager.

    21      Q    What type of product?

    22      A    First one, I believe, was a simulation

    23 product, we acquired a company, and I was the

    24 product manager for that.

09:13 25      Q    What were the simulations relating to?

Page 163

1  U.S. Legal Support, Inc.
   180 Montgomery Street, Suite 2180
2  San Francisco, California 94104

3

4  MARTIN J. KANDES
   c/o Varian Medical Systems
5  3100 Hansen Way, M/S E-175
   Palo Alto, CA  94304
6

7  Re:  University of Pittsburgh v. Varian Medical Systems

8  Dear MARTIN J. KANDES,

9

10 The original transcript of your deposition taken in
   the above matter is available at this office for your
11 review.  If it is more convenient, you may read counsel's
   copy.
12

13 In the event you have not read, corrected, and signed
   your deposition within thirty (30) days of receipt of this
14 letter, it may be used with the full force and effect as
   though it had been read, corrected, and signed.
15
   If you have any questions regarding this matter, please
16 contact this office at the telephone number below.

17

18 Sincerely,

19

20 Rick Posner, CSR No. 5040

21 cc:  All counsel present
   Original:  Original Transcript
22

23

24

25

# EXHIBIT 6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---o0o---


UNIVERSITY OF PITTSBURGH,          )
                                   )
          Plaintiff,               )
                                   )
     vs.                           )    No. 07-CV-0791 (AJS)
                                   )
VARIAN MEDICAL SYSTEMS,            )
                                   )
          Defendant.               )
_____  )



CONFIDENTIAL TESTIMONY – PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED 30(b)(6) DEPOSITION OF STANLEY MANSFIELD

Palo Alto, California

Wednesday, October 17, 2007



Reported by:
KELLI COMBS
CSR No. 7705

Page 2

1                    UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3                           ---oOo---

4

5  UNIVERSITY OF PITTSBURGH,        )
                                    )
6           Plaintiff,              )
                                    )
7    vs.                            )    No. 2:07-CV-0791 (AJS)
                                    )
8  VARIAN MEDICAL SYSTEMS,          )
                                    )
9           Defendant.              )
   ─────────────────────────────────)

10

11

12

13      Deposition of STANLEY MANSFIELD, taken on behalf of

14  Plaintiff, at Two Palo Alto Square, 6th floor, Palo

15  Alto, California, beginning at 9:21 a.m., and ending at

16  6:21 p.m. on Wednesday, October 17, 2007, before Kelli

17  Combs, CSR 7705.

18

19

20

21

22

23

24

25

Page 21

1  opportunities, so I worked at Peterbilt Motors.

2         Q       Peterbilt Motors?

3         A       Uh-huh, in Newark, and also worked with

09:33:46  4  the Federal Aviation Administration prior to getting

5  a Bachelor's degree.

6         Q       What did you do at the FAA?

7         A       It was their engineering division, so they

8  did a variety of things related to type

09:34:01  9  certification of aircraft, including flight test and

10  mechanical systems.

11        Q       Did you ever do any flying on your own or

12  just regulatory work?

13        A       I sat in the right seat for flights.

09:34:12  14        Q       That's fun.  All right.

15               What after --

16               What did you do for employment after Cal

17  Poly?

18        A       After graduation, I started working at

09:34:27  19  Varian radiation division in October 1978.

20        Q       In Palo Alto?

21        A       That's correct.

22        Q       So in '78.

23               Now, what was your role when you first

09:34:46  24  started in -- at Varian Medical Systems of Palo Alto

25  1978 here?

# EXHIBIT 7

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

--oOo--


UNIVERSITY OF PITTSBURGH,

               Plaintiff,

   vs.                 No. 2707-CV-00491-AJS

VARIAN MEDICAL SYSTEMS, INC.,

et al.,

               Defendant.

-----------------------------------//


CONFIDENTIAL - ATTORNEYS' EYES ONLY

DEPOSITION OF RICHARD MORSE, Ph.D.

Tuesday, October 2, 2007



REPORTED BY:

YVONNE FENNELLY, CRP, CSR NO. 5495

1  APPEARANCES (Continued):

2

3  ALSO PRESENT:  RAMON PERAZA, Videographer

4

5  TAKEN AT:

6      MORGAN, LEWIS & BOCKIUS, LLP

7      2 Palo Alto Square, Suite 700

8      3000 El Camino Real, California  94306

9                    --oOo--

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---


UNIVERSITY OF PITTSBURGH,

                    Plaintiff,

vs.                                    CASE NO. 07-CV-0791

VARIAN MEDICAL SYSTEMS,

                    Defendant.
_____/


HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY


VIDEOTAPED DEPOSITION OF HASSAN MOSTAFAVI

FRIDAY, SEPTEMBER 21, 2007


REPORTED BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR

CSR LICENSE NO. 9830

Page 2

1              IN THE UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                      ---oOo---

4

5   UNIVERSITY OF PITTSBURGH,

6                      Plaintiff,

7   vs.                              CASE NO. 07-CV-0791

8   VARIAN MEDICAL SYSTEMS,

9                      Defendant.
                                    /
10  _____

11

12

13

14      VIDEOTAPED DEPOSITION OF HASSAN MOSTAFAVI

15      taken on behalf of Plaintiff, MORGAN LEWIS &

16      BOCKIUS, LLP, 2 Palo Alto Square, Suite 700,

17      Palo Alto, California, beginning at 9:15 a.m., and

18      ending at 3:11 p.m., on September 21, 2007, before

19      me, ANDREA M. IGNACIO HOWARD, CSR, RPR,

20      CSR License No. 9830

21

22

23

24

25

Page 12

| | | |
|---|---|---|
| 09:23:33 | 1 | Q    All right. |
| 09:23:37 | 2 | So about 1981 or so you went somewhere else? |
| 09:23:38 | 3 | A    Yes. |
| 09:23:42 | 4 | Q    Where did you go? |
| 09:23:44 | 5 | A    Three other people from Systems Control and |
| 09:23:51 | 6 | myself started a company down in Los Gatos, and I was |
| 09:23:55 | 7 | there until end of '95. |
| 09:24:00 | 8 | Q    And what was the name of that company? |
| 09:24:01 | 9 | A    Tau Corporation. |
| 09:24:02 | 10 | Q    Spell that for me? |
| 09:24:03 | 11 | A    T-A-U, Corporation. |
| 09:24:07 | 12 | Q    And what was the business of Tau Corporation? |
| 09:24:10 | 13 | A    Web technology development for government |
| 09:24:17 | 14 | contracting, and also products in image processing and |
| 09:24:24 | 15 | navigation systems. |
| 09:24:26 | 16 | Q    Okay.  Now, 1995 you left Tau? |
| 09:24:27 | 17 | A    Yeah. |
| 09:24:29 | 18 | Q    And for whom did you go to work? |
| 09:24:32 | 19 | A    Actually, I was at a company called |
| 09:24:38 | 20 | Systems -- I'm sorry -- Image Science Corporation, and |
| 09:24:46 | 21 | a -- consulting, in addition to that, called Imetric. |
| 09:24:46 | 22 | Q    All right. |
| 09:24:50 | 23 | How long were you with Image Sciences? |
| 09:24:51 | 24 | A    Two, two years. |
| | 25 | Q    '95 to '97? |

Page 13

| | | | |
|---|---|---|---|
| 09:24:53 | 1 | A | That's right. |
| 09:24:54 | 2 | Q | All right. |
| 09:24:55 | 3 | | And then you consulted? |
| 09:25:02 | 4 | A | A part of my consulting was -- Imetric was |
| 09:25:04 | 5 | the entity I used for consulting. |
| 09:25:04 | 6 | Q | All right. |
| 09:25:06 | 7 | | And how long did you consult? |
| 09:25:08 | 8 | A | For the two years. |
| 09:25:10 | 9 | Q | Okay. Then in '97, for whom were you |
| 09:25:12 | 10 | employed? |
| 09:25:21 | 11 | A | I joined Varian in January '98. |
| 09:25:23 | 12 | Q | In what capacity? |
| 09:25:25 | 13 | A | As a senior scientist. |
| 09:25:29 | 14 | Q | And were you assigned to any particular |
| 09:25:34 | 15 | project? |
| 09:25:41 | 16 | A | I was in the research lab and pretty much had |
| 09:25:44 | 17 | to propose my own research projects, so -- |
| 09:25:45 | 18 | Q | Okay. |
| 09:25:48 | 19 | A | -- so I wasn't assigned anything, but the -- |
| 09:25:56 | 20 | I worked on targeting. In general, target -- |
| 09:26:02 | 21 | image-based targeting of tumors for.... |
| 09:26:02 | 22 | Q | All right. |
| 09:26:07 | 23 | | Now, when you arrived at Varian in January of |
| 09:26:16 | 24 | 1998, did Varian possess any technology that targeted |
| | 25 | tumors, if you know? |

# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

--oOo--

UNIVERSITY OF PITTSBURGH,       )
                                )
          Plaintiff,            )
                                )
     vs.                        )        Case No.
                                )   2:07-CV-00491-AJS
VARIAN MEDICAL SYSTEMS, INC.,   )
                                )
_____Defendant._____      )


DEPOSITION OF GEORGE ZDASIUK, Ph.D.

CONFIDENTIAL-ATTORNEYS' EYES ONLY

Thursday, October 4, 2007


REPORTED BY:

MARYANN H. VALENOTI, RPR, CSR #11266

Page 2

1          IN THE UNITED STATES DISTRICT COURT

2       FOR THE WESTERN DISTRICT OF PENNSYLVANIA

3                      --oOo--

4   UNIVERSITY OF PITTSBURGH,     )
                                  )
5            Plaintiff,           )
                                  )
6       vs.                       )        Case No.
                                  )   2:07-CV-00491-AJS
7   VARIAN MEDICAL SYSTEMS, INC.,.)
                                  )
8   _____Defendant._____)

9

10

11          Deposition of GEORGE ZDASIUK, Ph.D., taken

12          on behalf of the Plaintiff, at Morgan,

13          Lewis & Bockius, LLP, Two Palo Alto

14          Square, Suite 700, 3000 El Camino Real,

15          Palo Alto, California, beginning at 9:16

16          a.m. and ending at 2:18 p.m., on Thursday,

17          October 4, 2007, before Maryann Hope

18          Valenoti, RPR, CSR #11266.

19

20

21

22

23

24

25

Page 5

```
            1                  P R O C E E D I N G S
09:11:10    2            THE VIDEOGRAPHER:  The date is October 4,
09:16:12    3   2007.  The time is 9:16 a.m.  This begins the
09:16:16    4   videotaped deposition of Mr. George Zdasiuk.  The
09:16:20    5   location of this deposition is at the offices of
09:16:23    6   Morgan, Lewis located at 2 Palo Alto Square, Suite
09:16:27    7   700, 3000 El Camino Real, Palo Alto, California
09:16:32    8   94306.
09:16:34    9            This deposition is in regards to
09:16:36   10   University of Pittsburgh versus Varian Medical
09:16:38   11   Systems, Inc., as filed in the United States
09:16:40   12   District Court for the Western District of
09:16:42   13   Pennsylvania.  Case Number is 07-CV-00491.  The
09:16:50   14   videographer is Sean Grant of U.S. Legal Support.
09:16:52   15   The court reporter is Maryann Valenoti also of U.S.
09:16:55   16   Legal Support.
09:16:59   17            MR. JOHNSON:  Daniel Johnson, Jr., on
09:17:00   18   behalf of the University of Pittsburgh.
09:17:03   19            MR. POPPE:  Matthew Poppe for Defendant
09:17:05   20   Varian Medical Systems.
09:17:07   21            THE VIDEOGRAPHER:  The court reporter may
09:17:08   22   now swear in the witness.
09:17:09   23            GEORGE ZDASIUK, sworn.
09:17:09   24            EXAMINATION BY MR. JOHNSON
09:17:20   25       Q.   Would you state your name for the record,
```

Page 8

| | | |
|---|---|---|
| 09:19:28 | 1 | Technology Officer, and Director of the Ginzton |
| 09:19:31 | 2 | Technology Center. |
| 09:19:37 | 3 | Q.    Tell me your educational background. |
| 09:19:39 | 4 | A.    I have an undergraduate degree in |
| 09:19:41 | 5 | engineering science from the University of Toronto. |
| 09:19:44 | 6 | I have a master's in physics from the University of |
| 09:19:46 | 7 | Toronto.   I have a Ph.D in applied physics from |
| 09:19:50 | 8 | Stanford University. |
| 09:19:52 | 9 | Q.    When did you get your undergraduate |
| 09:19:54 | 10 | degree, what year? |
| 09:19:55 | 11 | A.    1974. |
| 09:19:59 | 12 | Q.    And then you have a master's from |
| 09:20:02 | 13 | University of Toronto as well? |
| 09:20:04 | 14 | A.    That's correct. |
| 09:20:05 | 15 | Q.    When did you get that? |
| 09:20:06 | 16 | A.    I believe it was '75. |
| 09:20:08 | 17 | Q.    When did you begin your Ph.D. course at |
| 09:20:11 | 18 | Stanford? |
| 09:20:13 | 19 | A.    At the end of 1975. |
| 09:20:18 | 20 | Q.    When did you obtain your Ph.D.? |
| 09:20:21 | 21 | A.    I believe it was -- I completed the work |
| 09:20:24 | 22 | in late 1980, my defense, and the degree was |
| 09:20:27 | 23 | awarded I believe in the early 1981. |
| 09:20:32 | 24 | Q.    Was there a particular area of emphasis |
| 09:20:35 | 25 | that you pursued for your Ph.D.? |

Page 9

| | | | |
|---|---|---|---|
| 09:20:38 | 1 | A. | Yes. |
| 09:20:39 | 2 | Q. | What was that? |
| 09:20:40 | 3 | A. | Nonlinear optics and optical spectroscopy. |
| 09:20:48 | 4 | Q. | After you obtained your Ph.D., for whom |
| 09:20:51 | 5 | | were you employed? |
| 09:20:52 | 6 | A. | Varian Associates at that time. |
| 09:20:55 | 7 | Q. | In what capacity? |
| 09:20:57 | 8 | A. | As a researcher. |
| 09:21:00 | 9 | Q. | How long did you operate as a researcher? |
| 09:21:08 | 10 | A. | I'm not sure I understand that question. |
| 09:21:09 | 11 | Q. | You were a researcher, that position you |
| 09:21:13 | 12 | | held as researcher, how long did you hold? |
| 09:21:15 | 13 | A. | That position was Engineer A specifically, |
| 09:21:16 | 14 | | and I held that for maybe a year or so. |
| 09:21:21 | 15 | Q. | Then what was your next position? |
| 09:21:23 | 16 | A. | Senior Engineer B. |
| 09:21:29 | 17 | Q. | How long did you hold that position? |
| 09:21:30 | 18 | A. | I don't remember exactly. |
| 09:21:32 | 19 | Q. | Well, was it more than two years? |
| 09:21:37 | 20 | A. | It may have been a year or two. I don't |
| 09:21:39 | 21 | | know exactly. |
| 09:21:40 | 22 | Q. | Okay. Then what was your next position? |
| 09:21:42 | 23 | A. | I believe I was -- I don't remember the |
| 09:21:50 | 24 | | exact title. I think it was Associate Lab Director |
| 09:21:56 | 25 | | or something like that. |