**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7              IN THE UNITED STATES DISTRICT COURT
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   UNIVERSITY OF PITTSBURGH OF THE          No. C-08-2973 MMC
     COMMONWEALTH SYSTEM OF HIGHER
11   EDUCATION d/b/a UNIVERSITY OF            **ORDER VACATING SEPTEMBER 5,**
     PITTSBURGH, a Pennsylvania non-profit    **2008 HEARING**
12   corporation (educational),
13              Plaintiff,
14     v.
15   VARIAN MEDICAL SYSTEMS, INC., a
     Delaware corporation,
16
                Defendants
17   _____/
18
19           Before the Court are two motions filed by defendant Varian Medical Systems, Inc.:
20   (1) Motion to Transfer Action to Western District of Pennsylvania, filed June 27, 2008, and
21   (2) Motion to Dismiss Plaintiff's Claims Pursuant to Fed. R. Civ. P. 12(b)(6) Based on
22   Doctrine of Res Judicata, filed July 25, 2008.  Plaintiff has filed oppositions to both motions,
23   to which defendant has replied.  Having read and considered the papers filed in support of
24   and in opposition to the motions, the Court deems the matters suitable for decision thereon,
25   and VACATES the hearing scheduled for September 5, 2008
26           **IT IS SO ORDERED.**
27
     Dated: September 4, 2008                  _____
28                                             MAXINE M. CHESNEY
                                               United States District Judge