1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH, a Pennsylvania non-profit corporation (educational),<br><br>        Plaintiff,<br><br>    v.<br><br>VARIAN MEDICAL SYSTEMS, INC., a Delaware corporation,<br><br>        Defendant. | Case No.  CV-08-02973 MMC<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL**<br><br>Judge:    Honorable Maxine M. Chesney |

1         Pursuant to Civil L.R. 16-8 (b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

2         (1)    Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

        (2)    Discussed the available dispute resolution options provided by the Court and private entities; and

        (3)    Considered whether this case might benefit from any of the available dispute resolution options.

Dated: September 5, 2008

_____
VARIAN MEDICAL SYSTEMS, INC.
Keith G. Askoff
Associate General Counsel, Intellectual Property

Dated: September 5, 2008        ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
/s/ *Matthew H. Poppe* /s/
Matthew H. Poppe
Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the ADR CERTIFICATION BY PARTIES AND COUNSEL was served upon the University of Pittsburgh, through its counsel, via:

| | |
|---|---|
| _____ | Hand-Delivery |
| _____ | Facsimile |
| _____ | First Class, US Mail, Postage Prepaid |
| _____ | Certified Mail – Return Receipt Requested |
| \_\_\_\_X\_\_\_\_\_ | ECF Electronic Service |
| _____ | Overnight Delivery |

at the following address:

Rita E. Tautkus
Morgan Lewis & Bockius, LLP
One Market – Spear Street Tower
San Francisco, CA 94105
rtautkus@morganlewis.com

Dated: September 5, 2008          _/s/ Matthew H. Poppe_
                                  MATTHEW H. POPPE

OHS West:260508988.1
3424-2015 ZL0/JZ7