1   WILLIAM L. ANTHONY (STATE BAR NO. 106908)
    wanthony@orrick.com
2   MATTHEW H. POPPE (STATE BAR NO. 177854)
    mpoppe@orrick.com
3   ZHENG LIU (STATE BAR NO. 229311)
    jenliu@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
5   Menlo Par, CA 94025
    Telephone:    +1-650-614-7400
6   Facsimile:    +1-650-614-7401

7   Attorneys for Defendant
    VARIAN MEDICAL SYSTEMS, INC.

8


9   DANIEL JOHNSON, JR. (State Bar No. 57409)
    djjohnson@morganlewis.com
10  RITA E. TAUTKUS (State Bar No. 162090)
    rtautkus@morganlewis.com
11  MORGAN LEWIS & BOCKIUS, LLP
    One Market – Spear Street Tower
12  San Francisco, CA   94105
    Telephone:    1-415-442-1000
13  Facsimile:    1-415-442-1001

14  Attorneys for Plaintiff,
    UNIVERSITY OF PITTSBURGH
15

16                  UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                    SAN FRANCISCO DIVISION

19

| 20 | UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER | Case No.  CV-08-02973 MMC |
|---|---|---|
| 21 | EDUCATION d/b/a UNIVERSITY OF PITTSBURGH, a Pennsylvania non-profit | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| 22 | corporation (educational), | |
| 23 | Plaintiff, | Judge:    Honorable Maxine M. Chesney |
| 24 | v. | |
| 25 | VARIAN MEDICAL SYSTEMS, INC., a Delaware corporation, | |
| 26 | | |
| 27 | Defendant. | |

28

OHS West:260509149.2

1    Counsel report that they have met and conferred regarding ADR and have reached the

2    following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

3    The parties agree to participate in the following ADR process:

4    **Court Processes:**

5    _____    Non Binding Arbitration    (ADR L.R. 4)

6    _____    Early Neutral Evaluation    (ENE) (ADR L.R. 5)

7    ____X____    Mediation    (ADR L.R. 6)

8

9    **Private Process:**

10    Private ADR *(please identify process and provider)*

11

12    The parties agree to hold the ADR session by:

13    Other requested deadline: <u>Ninety days after the Claim Construction Ruling of this</u>

14    <u>Court</u>.

15

16    Dated: September 5, 2008    ORRICK, HERRINGTON & SUTCLIFFE LLP

17

18    _____
        */s/ Matthew H. Poppe /s/*

19    Matthew H. Poppe
        Attorney for Defendant

20    Dated: September 5, 2008    MORGAN LEWIS & BOCKIUS, LLP

21

22    By:____*/s/ Rita E. Tautkus,* with permission___

23    Rita E. Tautkus
        Attorneys for Plaintiff University of
        Pittsburgh

24

25

26

27

28

1

**[PROPOSED] ORDER**

2

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

3

4          _____          Non Binding Arbitration

5          _____          Early Neutral Evaluation

6          ____X____          Mediation

7          _____          Private ADR

8    Deadline for ADR session:

9

Other: Ninety days after the Claim Construction Ruling of this Court.

10

11    IT IS SO ORDERED.

12

Dated: _____

13

14                                    UNITED STATED DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OHS West:260509149.2

1

## CERTIFICATE OF SERVICE

2

3
      I hereby certify that a true and correct copy of the STIPULATION AND [PROPOSED]

4
ORDER SELECTING ADR PROCESS was served upon the University of Pittsburgh, through its

5
counsel, via:

6

7
         _____       Hand-Delivery

8
         _____       Facsimile

9
         _____       First Class, US Mail, Postage Prepaid

10
         _____       Certified Mail – Return Receipt Requested

11
         \_\_\_\_\_X\_\_\_\_\_       ECF Electronic Service

12
         _____       Overnight Delivery

13

14
      at the following address:

Rita E. Tautkus
Morgan Lewis & Bockius, LLP
One Market – Spear Street Tower
San Francisco, CA 94105
rtautkus@morganlewis.com

15

16

17

18
Dated:  September 5, 2008               _____*/s/ Matthew H. Poppe*_____
                            MATTHEW H. POPPE

19

20

21

22

23

24

25

26

27

28